# Exhibit A

**Arkansas Democrat-Gazette, Inc.**

| Registration Date | Issue Registered (Month/Year) | Registration Number |
|---|---|---|
| 12/22/1992 | September 1992 | TX0003527381 |
| 01/21/1993 | October 1992 | TX0003527386 |
| 02/23/1993 | November 1992 | TX0003527337 |
| 02/23/1993 | December 1992 | TX0003527336 |
| 04/23/1993 | January 1993 | TX0003539926 |
| 04/23/1993 | February 1993 | TX0003629611 |
| 05/27/1993 | March 1993 | TX0003562068 |
| 08/11/1993 | April 1993 | TX0003675932 |
| 08/26/1993 | May 1993 | TX0003675960 |
| 11/03/1993 | July 1993 | TX0003694498 |
| 01/03/1994 | June 1993 | TX0003754685 |
| 01/03/1994 | August 1993 | TX0003754693 |
| 01/03/1994 | September 1993 | TX0003754880 |
| 06/13/1996 | October 1993 | TX0004237038 |
| 06/13/1996 | November 1993 | TX0004271858 |
| 06/13/1996 | December 1993 | TX0004271866 |
| 06/13/1996 | January 1994 | TX0004271854 |
| 06/13/1996 | February 1994 | TX0004271859 |
| 06/13/1996 | March 1994 | TX0004271860 |
| 06/13/1996 | April 1994 | TX0004271857 |
| 06/13/1996 | May 1994 | TX0004271800 |
| 06/13/1996 | June 1994 | TX0004271801 |
| 06/13/1996 | July 1994 | TX0004243234 |
| 06/13/1996 | August 1994 | TX0004271802 |
| 06/13/1996 | September 1994 | TX0004271803 |
| 06/13/1996 | October 1994 | TX0004271804 |
| 06/13/1996 | November 1994 | TX0004243236 |
| 06/13/1996 | December 1994 | TX0004243237 |
| 06/13/1996 | January 1995 | TX0004271826 |
| 06/13/1996 | February 1995 | TX0004243232 |
| 06/13/1996 | March 1995 | TX0004243235 |
| 06/13/1996 | April 1995 | TX0004243238 |
| 06/13/1996 | June 1995 | TX0004271845 |
| 06/13/1996 | July 1995 | TX0004243240 |
| 06/13/1996 | August 1995 | TX0004271847 |
| 06/13/1996 | September 1995 | TX0004271846 |
| 06/13/1996 | October 1995 | TX0004243239 |
| 06/13/1996 | November 1995 | TX0004271848 |

| 06/13/1996 | December 1995 | TX0004243233 |
|---|---|---|
| 07/03/1997 | May 1995 | TX0004666441 |
| 07/03/1997 | January 1996 | TX0004512995 |
| 07/03/1997 | February 1996 | TX0004512993 |
| 07/03/1997 | March 1996 | TX0004512892 |
| 07/03/1997 | April 1996 | TX0004518120 |
| 07/03/1997 | May 1996 | TX0004512994 |
| 07/03/1997 | June 1996 | TX0004512996 |
| 07/03/1997 | September 1996 | TX0004512997 |
| 07/03/1997 | November 1996 | TX0004512914 |
| 07/03/1997 | December 1996 | TX0004512903 |
| 07/03/1997 | January 1997 | TX0004512992 |
| 07/31/1997 | February 1997 | TX0004513220 |
| 07/31/1997 | March 1997 | TX0004521780 |
| 07/31/1997 | April 1997 | TX0004513229 |
| 07/31/1997 | May 1997 | TX0004517806 |
| 08/18/1997 | July 1996 | TX0004528173 |
| 08/18/1997 | August 1996 | TX0004528183 |
| 08/18/1997 | October 1996 | TX0004528180 |
| 09/10/1997 | June 1997 | TX0004538958 |
| 09/22/1997 | July 1997 | TX0004548086 |
| 10/21/1997 | August 1997 | TX0004557166 |
| 12/02/1997 | September 1997 | TX0004578190 |
| 01/21/1998 | October 1997 | TX0004623072 |
| 04/17/1998 | November 1997 | TX0004650328 |
| 04/17/1998 | December 1997 | TX0004650335 |
| 04/21/1998 | January 1998 | TX0004650312 |
| 04/21/1998 | February 1998 | TX0004650311 |
| 04/27/1998 | March 1998 | TX0004661165 |
| 07/07/1998 | April 1998 | TX0004746471 |
| 07/27/1998 | May 1998 | TX0004730370 |
| 08/11/1998 | June 1998 | TX0004740464 |
| 09/09/1998 | July 1998 | TX0004765830 |
| 10/09/1998 | August 1998 | TX0004765854 |
| 10/28/1998 | September 1998 | TX0004786564 |
| 12/14/1998 | October 1998 | TX0004803606 |
| 01/14/1999 | November 1998 | TX0004824252 |
| 02/18/1999 | December 1998 | TX0004861617 |
| 03/23/1999 | January 1999 | TX0004861653 |
| 05/11/1999 | February 1999 | TX0004894416 |
| 06/03/1999 | March 1999 | TX0004903320 |

| | | |
|---|---|---|
| 06/28/1999 | April 1999 | TX0004920331 |
| 07/22/1999 | May 1999 | TX0004952191 |
| 09/08/1999 | June 1999 | TX0004979401 |
| 09/30/1999 | July 1999 | TX0004054832 |
| 10/20/1999 | August 1999 | TX0003767466 |
| 10/28/1999 | September 1999 | TX0004987175 |
| 12/08/1999 | October 1999 | TX0005041518 |
| 02/04/2000 | November 1999 | TX0005041543 |
| 03/08/2000 | December 1999 | TX0005052081 |
| 04/24/2000 | February 2000 | TX0005139822 |
| 05/05/2000 | January 2000 | TX0005093550 |
| 05/22/2000 | March 2000 | TX0005105328 |
| 06/27/2000 | April 2000 | TX0005132855 |
| 08/09/2000 | May 2000 | TX0005146153 |
| 08/30/2000 | June 2000 | TX0005164231 |
| 10/12/2000 | July 2000 | TX0005321439 |
| 11/09/2000 | August 2000 | TX0005198626 |
| 11/28/2000 | September 2000 | TX0005193592 |
| 01/26/2001 | October 2000 | TX0005234339 |
| 03/12/2001 | November 2000 | TX0005262328 |
| 03/14/2001 | December 2000 | TX0005271957 |
| 03/14/2001 | January 2001 | TX0005271946 |
| 05/04/2001 | February 2001 | TX0005298884 |
| 06/07/2001 | March 2001 | TX0005329997 |
| 07/11/2001 | April 2001 | TX0005330796 |
| 08/02/2001 | May 2001 | TX0005369262 |
| 09/05/2001 | June 2001 | TX0005388847 |
| 10/01/2001 | July 2001 | TX0005395959 |
| 11/13/2001 | August 2001 | TX0005502755 |
| 11/27/2001 | September 2001 | TX0005433198 |
| 01/30/2002 | October 2001 | TX0005502754 |
| 02/13/2002 | November 2001 | TX0005502758 |
| 03/26/2002 | December 2001 | TX0005502751 |
| 03/29/2002 | January 2002 | TX0005525976 |
| 05/07/2002 | February 2002 | TX0005532020 |
| 06/20/2002 | March 2002 | TX0005537705 |
| 07/25/2002 | April 2002 | TX0005613756 |
| 08/12/2002 | May 2002 | TX0005565344 |
| 09/05/2002 | June 2002 | TX0005582145 |
| 09/30/2002 | July 2002 | TX0005600378 |
| 11/07/2002 | August 2002 | TX0005647194 |

| | | |
|---|---|---|
| 01/10/2003 | September 2002 | TX0005651897 |
| 01/23/2003 | October 2002 | TX0005654142 |
| 03/03/2003 | November 2002 | TX0005675084 |
| 03/04/2003 | December 2002 | TX0005675123 |
| 05/02/2003 | January 2003 | TX0005729458 |
| 05/09/2003 | February 2003 | TX0005734183 |
| 06/09/2003 | March 2003 | TX0005944130 |
| 07/11/2003 | April 2003 | TX0005760232 |
| 07/28/2003 | May 2003 | TX0005800574 |
| 08/18/2003 | June 2003 | TX0005800504 |
| 09/11/2003 | July 2003 | TX0005809530 |
| 11/10/2003 | August 2003 | TX0005874438 |
| 11/19/2003 | September 2003 | TX0005870351 |
| 12/24/2003 | October 2003 | TX0005870405 |
| 02/18/2004 | November 2003 | TX0005892647 |
| 02/27/2004 | December 2003 | TX0005896903 |
| 04/30/2004 | February 2004 | TX0005929476 |
| 05/05/2004 | January 2004 | TX0005964836 |
| 06/04/2004 | March 2004 | TX0005970873 |
| 06/30/2004 | April 2004 | TX0005986960 |
| 07/30/2004 | May 2004 | TX0005996399 |
| 08/06/2004 | June 2004 | TX0006033136 |
| 10/15/2004 | July 2004 | TX0006052573 |
| 10/22/2004 | August 2004 | TX0006052574 |
| 11/19/2004 | September 2004 | TX0006080592 |
| 01/03/2005 | October 2004 | TX0006093683 |
| 02/22/2005 | November 2004 | TX0006215803 |
| 04/01/2005 | December 2004 | TX0006128311 |
| 04/04/2005 | January 2005 | TX0006128323 |
| 05/05/2005 | February 2005 | TX0006172332 |
| 05/10/2005 | March 2005 | TX0006172228 |
| 06/27/2005 | April 2005 | TX0006182632 |
| 08/09/2005 | May 2005 | TX0006206918 |
| 08/15/2005 | June 2005 | TX0006204321 |
| 10/13/2005 | July 2005 | TX0006238366 |
| 11/04/2005 | August 2005 | TX0006334493 |
| 11/29/2005 | September 2005 | TX0006253495 |
| 01/03/2006 | October 2005 | TX0006299090 |
| 02/16/2006 | November 2005 | TX0006330110 |
| 02/23/2006 | December 2005 | TX0006331218 |
| 03/21/2006 | January 2006 | TX0006313826 |

| 05/08/2006 | February 2006 | TX0006518068 |
|---|---|---|
| 06/01/2006 | March 2006 | TX0006353949 |
| 06/28/2006 | April 2006 | TX0006422127 |
| 08/03/2006 | May 2006 | TX0006431360 |
| 09/12/2006 | June 2006 | TX0006611769 |
| 09/26/2006 | July 2006 | TX0006431465 |
| 10/17/2006 | August 2006 | TX0006436471 |
| 01/09/2007 | September 2006 | TX0006497054 |
| 01/09/2007 | October 2006 | TX0006505128 |
| 02/02/2007 | November 2006 | TX0006511536 |
| 03/02/2007 | December 2006 | TX0006520765 |
| 03/22/2007 | January 2007 | TX0006611910 |
| 04/17/2007 | February 2007 | TX0006550581 |
| 05/30/2007 | March 2007 | TX0006588001 |
| 07/02/2007 | April 2007 | TX0006608000 |
| 08/20/2007 | May 2007 | TX0006627948 |
| 08/28/2007 | June 2007 | TX0006630212 |
| 09/25/2007 | July 2007 | TX0006630395 |
| 10/23/2007 | August 2007 | TX0006630332 |
| 11/21/2007 | September 2007 | TX0006644162 |
| 01/10/2008 | October 2007 | TX0006645722 |
| 02/08/2008 | November 2007 | TX0006647182 |
| 03/17/2008 | December 2007 | TX0006647453 |
| 04/08/2008 | January 2008 | TX0006662427 |
| 04/08/2008 | February 2008 | TX0006662417 |
| 06/24/2008 | March 2008 | TX0006662435 |
| 06/24/2008 | April 2008 | TX0006662436 |
| 07/14/2008 | May 2008 | TX0006662408 |
| 09/09/2008 | June 2008 | TX0006660579 |
| 09/17/2008 | July 2008 | TX0006685307 |
| 10/22/2008 | August 2008 | TX0006660474 |
| 11/13/2008 | September 2008 | TX0006664697 |
| 12/28/2008 | October 2008 | TX0006663019 |
| 02/03/2009 | November 2008 | TX0006631914 |
| 03/03/2009 | December 2008 | TX0006631951 |
| 04/06/2009 | January 2009 | TX0006631627 |
| 04/23/2009 | February 2009 | TX0006631507 |
| 05/27/2009 | March 2009 | TX0006679592 |
| 06/17/2009 | April 2009 | TX0006679363 |
| 07/22/2009 | May 2009 | TX0006679391 |
| 08/18/2009 | June 2009 | TX0006685355 |

| | | |
|---|---|---|
| 09/17/2009 | July 2009 | TX0006685685 |
| 10/19/2009 | August 2009 | TX0006700128 |
| 11/12/2009 | September 2009 | TX0006700129 |
| 12/22/2009 | October 2009 | TX0006699960 |
| 01/28/2010 | November 2009 | TX0006702311 |
| 03/09/2010 | December 2009 | TX0006702260 |
| 04/13/2010 | February 2010 | TX0006704024 |
| 04/14/2010 | January 2010 | TX0006704251 |
| 06/10/2010 | March 2010 | TX0006704954 |
| 07/28/2010 | April 2010 | TX0006772192 |
| 08/30/2010 | May 2010 | TX0006705135 |
| 08/30/2010 | June 2010 | TX0006705117 |
| 12/02/2010 | July 2010 | TX0000677457 |
| 01/19/2011 | August 2010 | TX0006771373 |
| 02/22/2011 | September 2010 | TX0006776115 |
| 03/22/2011 | October 2010 | TX0006772945 |
| 04/18/2011 | November 2010 | TX0006776343 |
| 05/31/2011 | December 2010 | TX0006776192 |
| 06/15/2011 | January 2011 | TX0006778310 |
| 07/06/2011 | February 2011 | TX0006779088 |
| 07/21/2011 | March 2011 | TX0006778796 |
| 08/18/2011 | April 2011 | TX0006779022 |
| 09/01/2011 | May 2011 | TX0006787606 |
| 09/09/2011 | June 2011 | TX0006787784 |
| 10/12/2011 | July 2011 | TX0006787703 |
| 11/17/2011 | August 2011 | TX0006787596 |
| 01/05/2012 | September 2011 | TX0006787844 |
| 02/03/2012 | October 2011 | TX0006788837 |
| 03/08/2012 | November 2011 | TX0006788013 |
| 04/18/2012 | December 2011 | TX0006790267 |
| 05/03/2012 | January 2012 | TX0006789917 |
| 06/13/2012 | February 2012 | TX0006790129 |
| 07/11/2012 | March 2012 | TX0006790284 |
| 08/15/2012 | April 2012 | TX0006612290 |
| 09/17/2012 | May 2012 | TX0006573259 |
| 10/17/2012 | June 2012 | TX0006573177 |
| 11/27/2012 | July 2012 | TX0006612365 |
| 11/29/2012 | August 2012 | TX0007695974 |
| 01/08/2013 | September 2012 | TX0007912074 |
| 02/25/2013 | October 2012 | TX0007799934 |
| 03/22/2013 | November 2012 | TX0007970351 |

| | | |
|---|---|---|
| 05/09/2013 | December 2012 | TX0007746627 |
| 05/29/2013 | January 2013 | TX0007908548 |
| 06/25/2013 | February 2013 | TX0007904055 |
| 07/23/2013 | March 2013 | TX0007802698 |
| 08/23/2013 | April 2013 | TX0007900157 |
| 09/16/2013 | May 2013 | TX0007886048 |
| 10/23/2013 | June 2013 | TX0007901665 |
| 11/21/2013 | July 2013 | TX0007878868 |
| 12/20/2013 | August 2013 | TX0007884168 |
| 01/31/2014 | September 2013 | TX0007875991 |
| 02/14/2014 | October 2013 | TX0007936826 |
| 03/20/2014 | November 2013 | TX0007901784 |
| 04/29/2014 | December 2013 | TX0007888687 |
| 05/06/2014 | January 2014 | TX0008085104 |
| 06/06/2014 | February 2014 | TX0007923855 |
| 06/13/2014 | March 2014 | TX0007927988 |
| 07/02/2014 | April 2014 | TX0007966347 |
| 08/11/2014 | May 2014 | TX0007987819 |
| 08/13/2014 | June 2014 | TX0008019910 |
| 09/24/2014 | July 2014 | TX0008063756 |
| 10/28/2014 | August 2014 | TX0008070209 |
| 11/03/2014 | September 2014 | TX0008083289 |
| 02/24/2015 | October 2014 | TX0008110708 |
| 02/27/2015 | November 2014 | TX0008152081 |
| 03/02/2015 | December 2014 | TX0008152043 |
| 05/07/2015 | January 2015 | TX0008177152 |
| 05/22/2015 | February 2015 | TX0008162382 |
| 07/31/2015 | March 2015 | TX0008183627 |
| 08/18/2015 | April 2015 | TX0008206189 |
| 09/03/2015 | May 2015 | TX0008228846 |
| 09/16/2015 | June 2015 | TX0008207668 |
| 10/21/2015 | July 2015 | TX0008231939 |
| 11/12/2015 | August 2015 | TX0008238751 |
| 12/24/2015 | September 2015 | TX0008248862 |
| 01/21/2016 | October 2015 | TX0008242067 |
| 04/20/2016 | November 2015 | TX0008264070 |
| 06/10/2016 | December 2015 | TX0008271241 |
| 07/01/2016 | February 2016 | TX0008323929 |
| 08/04/2016 | March 2016 | TX0008315343 |
| 08/04/2016 | April 2016 | TX0008315422 |
| 08/31/2016 | January 2016 | TX0008332024 |

| | | |
|---|---|---|
| 09/12/2016 | June 2016 | TX0008309292 |
| 09/16/2016 | May 2016 | TX0008308957 |
| 11/14/2016 | July 2016 | TX0008271908 |
| 11/22/2016 | August 2016 | TX0008285065 |
| 01/09/2017 | September 2016 | TX0008381883 |
| 01/18/2017 | October 2016 | TX0008363340 |
| 02/09/2017 | November 2016 | TX0008354152 |
| 03/22/2017 | December 2016 | TX0008359843 |
| 4/5/2017 | January 2017 | TX0008354252 |
| 05/17/2017 | February 2017 | TX0008423555 |
| 06/12/2017 | March 2017 | TX0008408577 |
| 07/13/2017 | April 2017 | TX0008468308 |
| 08/01/2017 | May 2017 | TX0008599491 |
| 09/13/2017 | June 2017 | TX0008447599 |
| 09/28/2017 | July 2017 | TX0008427195 |
| 11/13/2017 | August 2017 | TX0008475953 |
| 02/20/2018 | October 2017 | TX0008513613 |
| 03/22/2018 | November 2017 | TX0008591125 |
| 04/18/2018 | January 2018 | TX0008591991 |
| 05/17/2018 | February 2018 | TX0008634905 |
| 10/25/2018 | August 2018 | TX0008671339 |
| 10/26/2018 | September 2018 | TX0008671509 |
| 01/03/2019 | December 2018 | TX0008706746 |
| 01/28/2019 | November 2018 | TX0008669471 |
| 02/01/2019 | October 2018 | TX0008673616 |
| 02/04/2019 | January 2019 | TX0008696200 |
| 02/25/2019 | March 2018 | TX0008721217 |
| 03/01/2019 | February 2019 | TX0008742334 |
| 10/16/2019 | April 2019 | TX0008788661 |
| 10/24/2019 | May 2019 | TX0008792171 |
| 11/07/2019 | September 2017 | TX0008797963 |
| 11/07/2019 | March 2019 | TX0008797684 |
| 11/18/2019 | June 2019 | TX0008802518 |
| 11/20/2019 | August 2019 | TX0008804736 |
| 12/03/2019 | July 2019 | TX0008810135 |
| 01/21/2020 | September 2019 | TX0008826108 |
| 01/21/2020 | October 2019 | TX0008826105 |
| 01/23/2020 | April 2018 | TX0008826760 |
| 01/28/2020 | May 2018 | TX0008828944 |
| 01/28/2020 | November 2019 | TX0008828988 |
| 01/29/2020 | June 2018 | TX0008829225 |

| | | |
|---|---|---|
| 01/30/2020 | July 2018 | TX0008830365 |
| 01/30/2020 | December 2019 | TX0008830486 |
| 02/04/2020 | December 2017 | TX0008826887 |
| 03/04/2020 | October 2020 | TX0009088794 |
| 03/24/2020 | January 2020 | TX0008856391 |
| 07/23/2020 | May 2020 | TX0008884817 |
| 07/30/2020 | June 2020 | TX0008886209 |
| 09/09/2020 | July 2020 | TX0008893579 |
| 12/30/2020 | November 2020 | TX0008923603 |
| 02/03/2021 | December 2020 | TX0008931818 |
| 03/02/2021 | January 2021 | TX0008939444 |
| 04/19/2021 | February 2021 | TX0008954015 |
| 05/10/2021 | March 2021 | TX0008960484 |
| 08/09/2021 | June 2021 | TX0008994129 |
| 08/31/2021 | May 2021 | TX0009000251 |
| 09/21/2021 | July 2021 | TX0009007711 |
| 11/08/2021 | August 2021 | TX0009032338 |
| 01/19/2022 | September 2021 | TX0009063747 |
| 03/04/2022 | August 2020 | TX0009088791 |
| 03/04/2022 | October 2021 | TX0009088932 |
| 04/11/2022 | November 2021 | TX0009106384 |
| 05/17/2022 | December 2021 | TX0009120747 |
| 06/04/2022 | September 2020 | TX0009088793 |
| 06/14/2022 | January 2022 | TX0009130916 |
| 06/30/2022 | February 2022 | TX0009137922 |
| 07/20/2022 | March 2022 | TX0009145270 |
| 08/08/2022 | April 2022 | TX0009153288 |
| 09/14/2022 | May 2022 | TX0009169010 |
| 10/05/2022 | June 2022 | TX0009177235 |
| 10/12/2022 | July 2022 | TX0009179347 |
| 11/04/2022 | August 2022 | TX0009190740 |
| 12/01/2022 | September 2022 | TX0009199284 |
| 01/30/2023 | October 2022 | TX0009217878 |
| 03/01/2023 | November 2022 | TX0009228834 |
| 05/10/2023 | December 2022 | TX0009258723 |
| 05/25/2023 | January 2023 | TX0009266809 |
| 06/09/2023 | February 2023 | TX0009272319 |
| 07/11/2023 | March 2023 | TX0009284729 |
| 07/18/2023 | April 2023 | TX0009287463 |
| 07/31/2023 | May 2023 | TX0009292506 |
| 08/14/2023 | June 2023 | TX0009298993 |

| 08/30/2023 | July 2023 | TX0009304920 |
|---|---|---|
| 10/11/2023 | August 2023 | TX0009318766 |
| 11/07/2023 | September 2023 | TX0009328129 |
| 11/21/2023 | October 2023 | TX0009332514 |
| 01/16/2024 | December 2023 | TX0009349311 |
| 01/22/2024 | November 2023 | TX0009351398 |
| 04/22/2024 | January 2024 | TX0009382379 |
| 04/29/2024 | February 2024 | TX0009384671 |
| 05/13/2024 | March 2024 | TX0009389702 |
| 06/21/2024 | April 2024 | TX0009402377 |
| 07/22/2024 | May 2024 | TX0009411035 |
| 08/26/2024 | June 2024 | TX0009421379 |
| 09/16/2024 | July 2024 | TX0009427386 |
| 10/28/2024 | August 2024 | TX0009439054 |
| 12/16/2024 | September 2024 | TX0009452975 |
| 12/17/2024 | October 2024 | TX0009453417 |
| 02/04/2025 | November 2024 | TX0009465714 |
| 02/18/2025 | December 2024 | TX0009469398 |
| 04/21/2025 | February 2025 | TX0009492299 |
| 05/20/2025 | March 2025 | TX0009502407 |
| 07/01/2025 | April 2025 | TX0009514632 |
| 08/04/2025 | May 2025 | TX0009523632 |
| 09/25/2025 | June 2025 | TX0009538216 |
| 11/13/2025 | July 2025 | TX0009539982 |
| 02/10/2026 | September 2025 | TX0009563677 |
| 03/11/2026 | November 2025 | TX0009573426 |
| 03/31/2026 | December 2025 | TX0009579093 |
| 04/07/2026 | October 2025 | TX0009581023 |
| 04/27/2026 | January 2026 | TX0009588708 |
| 05/04/2026 | August 2025 | TX0009590935 |
| 05/21/2026 | February 2026 | TX0009597100 |