# Exhibit B

**Concord Publishing House, Inc.**

| Registration Date | Issue Registered (Month/Year) | Registration Number |
|---|---|---|
| 10/16/1995 | September 1995 | TX0004123127 |
| 11/8/1995 | October 1995 | TX0004181136 |
| 12/7/1995 | November 1995 | TX0004181134 |
| 1/22/1996 | December 1995 | TX0004565154 |
| 3/7/1996 | January 1996 | TX0004181108 |
| 3/14/1996 | February 1996 | TX0004181102 |
| 4/11/1996 | March 1996 | TX0004161567 |
| 5/8/1996 | April 1996 | TX0004211483 |
| 6/20/1996 | May 1996 | TX0004301637 |
| 7/29/1996 | June 1996 | TX0004307944 |
| 9/30/1996 | July 1996 | TX0004348993 |
| 9/30/1996 | August 1996 | TX0004348994 |
| 10/16/1996 | September 1996 | TX0004356459 |
| 11/12/1996 | October 1996 | TX0004363149 |
| 1/17/1997 | November 1996 | TX0004402915 |
| 1/17/1997 | December 1996 | TX0004402914 |
| 4/1/1997 | January 1997 | TX0004448771 |
| 4/1/1997 | February 1997 | TX0004448772 |
| 8/4/1997 | March 1997 | TX0004521799 |
| 8/4/1997 | April 1997 | TX0004521797 |
| 8/4/1997 | May 1997 | TX0004518153 |
| 8/4/1997 | June 1997 | TX0004521798 |
| 11/12/1997 | July 1997 | TX0004572910 |
| 11/12/1997 | August 1997 | TX0004572909 |
| 11/12/1997 | September 1997 | TX0004572908 |
| 1/16/1998 | October 1997 | TX0004602422 |
| 1/16/1998 | November 1997 | TX0004602423 |
| 1/16/1998 | December 1997 | TX0004602424 |
| 3/23/1998 | January 1998 | TX0004688866 |
| 3/23/1998 | February 1998 | TX0004688867 |
| 6/2/1998 | April 1998 | TX0004710295 |
| 7/6/1998 | May 1998 | TX0004722420 |
| 9/28/1998 | June 1998 | TX0004765953 |
| 9/28/1998 | July 1998 | TX0004765952 |
| 9/28/1998 | August 1998 | TX0004765951 |
| 12/28/1998 | September 1998 | TX0004646733 |
| 12/28/1998 | October 1998 | TX0004646732 |
| 12/28/1998 | November 1998 | TX0004646731 |

| | | |
|---|---|---|
| 3/30/1999 | December 1998 | TX0004861571 |
| 3/30/1999 | January 1999 | TX0004861572 |
| 3/30/1999 | February 1999 | TX0004861562 |
| 5/28/1999 | March 1999 | TX0004911355 |
| 5/28/1999 | April 1999 | TX0004911356 |
| 7/20/1999 | May 1999 | TX0004940544 |
| 7/20/1999 | June 1999 | TX0004940545 |
| 10/13/1999 | July 1999 | TX0005006232 |
| 10/13/1999 | August 1999 | TX0005062142 |
| 1/20/2000 | September 1999 | TX0005041595 |
| 1/20/2000 | October 1999 | TX0005041596 |
| 1/20/2000 | November 1999 | TX0005041597 |
| 1/20/2000 | December 1999 | TX0005041598 |
| 4/25/2000 | January 2000 | TX0005095909 |
| 4/25/2000 | February 2000 | TX0005095908 |
| 4/25/2000 | March 2000 | TX0005095907 |
| 8/16/2000 | April 2000 | TX0005148185 |
| 8/16/2000 | May 2000 | TX0005148182 |
| 8/16/2000 | June 2000 | TX0005148183 |
| 8/16/2000 | July 2000 | TX0005148184 |
| 2/5/2001 | August 2000 | TX0005234784 |
| 2/5/2001 | September 2000 | TX0005234783 |
| 2/5/2001 | October 2000 | TX0005234782 |
| 2/5/2001 | November 2000 | TX0005234781 |
| 2/5/2001 | December 2000 | TX0005234785 |
| 2/5/2001 | January 2001 | TX0005234780 |
| 9/28/2001 | February 2001 | TX0005405002 |
| 9/28/2001 | March 2001 | TX0005425775 |
| 9/28/2001 | April 2001 | TX0005425773 |
| 9/28/2001 | May 2001 | TX0005404998 |
| 9/28/2001 | June 2001 | TX0005404997 |
| 9/28/2001 | July 2001 | TX0005404995 |
| 9/28/2001 | August 2001 | TX0005404996 |
| 4/19/2002 | September 2001 | TX0005590910 |
| 4/19/2002 | October 2001 | TX0005590909 |
| 4/19/2002 | November 2001 | TX0005590908 |
| 4/19/2002 | December 2001 | TX0005590907 |
| 4/19/2002 | January 2002 | TX0005590906 |
| 4/19/2002 | February 2002 | TX0005590905 |
| 4/19/2002 | March 2002 | TX0005590904 |
| 9/3/2002 | April 2002 | TX0005623464 |

| | | |
|---|---|---|
| 9/3/2002 | May 2002 | TX0005623466 |
| 9/3/2002 | June 2002 | TX0005623465 |
| 9/3/2002 | July 2002 | TX0005623463 |
| 11/20/2002 | August 2002 | TX0005654179 |
| 11/20/2002 | September 2002 | TX0005654173 |
| 11/20/2002 | October 2002 | TX0005654177 |
| 4/10/2003 | November 2002 | TX0005673336 |
| 4/10/2003 | December 2002 | TX0005673337 |
| 4/10/2003 | January 2003 | TX0005673379 |
| 4/10/2003 | February 2003 | TX0005673335 |
| 9/30/2003 | March 2003 | TX0005809612 |
| 9/30/2003 | April 2003 | TX0005809613 |
| 9/30/2003 | May 2003 | TX0005809614 |
| 9/30/2003 | June 2003 | TX0005809615 |
| 9/30/2003 | July 2003 | TX0005809616 |
| 9/30/2003 | August 2003 | TX0005809617 |
| 2/2/2004 | September 2003 | TX0005928456 |
| 2/2/2004 | October 2003 | TX0005928455 |
| 2/2/2004 | November 2003 | TX0005928453 |
| 2/2/2004 | December 2003 | TX0005928454 |
| 4/8/2004 | January 2004 | TX0005960753 |
| 4/8/2004 | February 2004 | TX0005960754 |
| 5/14/2004 | March 2004 | TX0005964811 |
| 5/14/2004 | April 2004 | TX0005964810 |
| 6/14/2004 | May 2004 | TX0006018397 |
| 7/15/2004 | June 2004 | TX0006005758 |
| 9/13/2004 | July 2004 | TX0006033089 |
| 9/13/2004 | August 2004 | TX0006033088 |
| 11/3/2004 | September 2004 | TX0006067061 |
| 1/28/2005 | October 2004 | TX0006110317 |
| 1/28/2005 | November 2004 | TX0006110318 |
| 1/28/2005 | December 2004 | TX0006110319 |
| 6/6/2005 | January 2005 | TX0006181975 |
| 6/6/2005 | February 2005 | TX0006181974 |
| 6/6/2005 | March 2005 | TX0006181973 |
| 6/6/2005 | April 2005 | TX0006181979 |
| 6/10/2005 | May 2005 | TX0006181977 |
| 7/18/2005 | June 2005 | TX0006215953 |
| 9/26/2005 | July 2005 | TX0006226414 |
| 9/26/2005 | August 2005 | TX0006226413 |
| 11/22/2005 | September 2005 | TX0006265612 |

| | | |
|---|---|---|
| 11/22/2005 | October 2005 | TX0006265611 |
| 6/9/2006 | November 2005 | TX0006379201 |
| 6/9/2006 | December 2005 | TX0006379202 |
| 6/9/2006 | January 2006 | TX0006379203 |
| 6/9/2006 | February 2006 | TX0006379204 |
| 6/9/2006 | March 2006 | TX0006379199 |
| 6/9/2006 | April 2006 | TX0006379200 |
| 12/18/2006 | May 2006 | TX0006498525 |
| 12/18/2006 | June 2006 | TX0006498528 |
| 12/18/2006 | July 2006 | TX0006498524 |
| 12/18/2006 | August 2006 | TX0006498527 |
| 12/18/2006 | September 2006 | TX0006498526 |
| 11/16/2007 | January 2007 | TX0006644594 |
| 3/18/2008 | October 2006 | TX0006644596 |
| 3/18/2008 | November 2006 | TX0006644592 |
| 3/18/2008 | December 2006 | TX0006644593 |
| 3/18/2008 | February 2007 | TX0006644595 |
| 3/18/2008 | March 2007 | TX0006644588 |
| 3/18/2008 | April 2007 | TX0006644589 |
| 3/18/2008 | May 2007 | TX0006644590 |
| 3/18/2008 | June 2007 | TX0006644591 |
| 3/18/2008 | July 2007 | TX0006644597 |
| 3/18/2008 | August 2007 | TX0006644598 |
| 3/18/2008 | September 2007 | TX0006644599 |
| 3/18/2008 | October 2007 | TX0006644600 |
| 5/5/2008 | November 2007 | TX0006648256 |
| 5/5/2008 | December 2007 | TX0006648257 |
| 5/5/2008 | January 2008 | TX0006648258 |
| 5/5/2008 | February 2008 | TX0006648259 |
| 5/5/2008 | March 2008 | TX0006648254 |
| 1/16/2009 | April 2008 | TX0006679495 |
| 1/16/2009 | May 2008 | TX0006679494 |
| 1/16/2009 | June 2008 | TX0006679493 |
| 1/16/2009 | July 2008 | TX0006631987 |
| 1/16/2009 | August 2008 | TX0006631986 |
| 1/16/2009 | September 2008 | TX0006631982 |
| 1/16/2009 | October 2008 | TX0006631985 |
| 1/16/2009 | November 2008 | TX0006631984 |
| 1/16/2009 | December 2008 | TX0006631983 |
| 1/25/2010 | September 2009 | TX0006701622 |
| 1/25/2010 | October 2009 | TX0006701623 |

| | | |
|---|---|---|
| 1/25/2010 | November 2009 | TX0006701624 |
| 1/25/2010 | December 2009 | TX0006701624 |
| 11/30/2010 | January 2010 | TX0006771557 |
| 11/30/2010 | February 2010 | TX0006771556 |
| 11/30/2010 | March 2010 | TX0006771555 |
| 11/30/2010 | April 2010 | TX0006771554 |
| 11/30/2010 | May 2010 | TX0006771553 |
| 11/30/2010 | June 2010 | TX0006771552 |
| 11/30/2010 | July 2010 | TX0006771551 |
| 11/30/2010 | August 2010 | TX0006771550 |
| 11/30/2010 | September 2010 | TX0006771558 |
| 2/14/2011 | October 2010 | TX0006772121 |
| 2/14/2011 | November 2010 | TX0006772122 |
| 2/14/2011 | December 2010 | TX0006772123 |
| 2/14/2011 | January 2011 | TX0006772124 |
| 1/10/2012 | February 2011 | TX0006790117 |
| 1/10/2012 | March 2011 | TX0006790118 |
| 1/10/2012 | April 2011 | TX0006790119 |
| 1/10/2012 | May 2011 | TX0006790120 |
| 1/10/2012 | June 2011 | TX0006790121 |
| 1/10/2012 | July 2011 | TX0006790122 |
| 1/10/2012 | August 2011 | TX0006790123 |
| 1/10/2012 | September 2011 | TX0006790124 |
| 1/10/2012 | October 2011 | TX0006790125 |
| 1/10/2012 | November 2011 | TX0006790126 |
| 1/10/2012 | December 2011 | TX0006790375 |
| 5/1/2012 | February 2012 | TX0006314291 |
| 5/1/2012 | March 2012 | TX0006790099 |
| 5/7/2012 | January 2012 | TX0006314292 |
| 11/2/2012 | April 2012 | TX0007899541 |
| 11/2/2012 | May 2012 | TX0007899561 |
| 11/2/2012 | June 2012 | TX0007899563 |
| 11/2/2012 | July 2012 | TX0007899531 |
| 11/2/2012 | August 2012 | TX0007899549 |
| 11/2/2012 | September 2012 | TX0007899556 |
| 1/17/2013 | October 2012 | TX0007899569 |
| 1/17/2013 | November 2012 | TX0007899573 |
| 1/17/2013 | December 2012 | TX0007899566 |
| 6/14/2013 | January 2013 | TX0007911457 |
| 6/14/2013 | February 2013 | TX0007911415 |
| 6/14/2013 | March 2013 | TX0007911461 |

| | | |
|---|---|---|
| 6/14/2013 | April 2013 | TX0007911465 |
| 6/14/2013 | May 2013 | TX0007911102 |
| 3/31/2014 | July 2013 | TX0008177935 |
| 3/31/2014 | August 2013 | TX0008177944 |
| 3/31/2014 | September 2013 | TX0008177967 |
| 3/31/2014 | October 2013 | TX0008177965 |
| 3/31/2014 | November 2013 | TX0008177960 |
| 3/31/2014 | January 2014 | TX0008177953 |
| 5/16/2014 | June 2013 | TX0008158777 |
| 5/16/2014 | December 2013 | TX0008519211 |
| 2/19/2015 | February 2014 | TX0008150989 |
| 2/19/2015 | March 2014 | TX0008150977 |
| 2/19/2015 | April 2014 | TX0008150963 |
| 2/19/2015 | May 2014 | TX0008150944 |
| 2/19/2015 | June 2014 | TX0008150920 |
| 2/19/2015 | July 2014 | TX0008150898 |
| 2/19/2015 | August 2014 | TX0008150831 |
| 2/19/2015 | September 2014 | TX0008150828 |
| 2/19/2015 | October 2014 | TX0008151007 |
| 2/19/2015 | November 2014 | TX0008151019 |
| 2/19/2015 | December 2014 | TX0008151038 |
| 6/22/2015 | January 2015 | TX0008205695 |
| 6/22/2015 | February 2015 | TX0008205702 |
| 6/22/2015 | March 2015 | TX0008205706 |
| 6/22/2015 | April 2015 | TX0008205714 |
| 2/24/2016 | May 2015 | TX0008260983 |
| 2/24/2016 | June 2015 | TX0008260987 |
| 2/24/2016 | July 2015 | TX0008260993 |
| 2/24/2016 | August 2015 | TX0008260997 |
| 2/24/2016 | September 2015 | TX0008261006 |
| 2/24/2016 | October 2015 | TX0008261009 |
| 2/24/2016 | November 2015 | TX0008261014 |
| 2/24/2016 | December 2015 | TX0008261016 |
| 2/24/2016 | January 2016 | TX0008261020 |
| 4/6/2016 | February 2016 | TX0008267183 |
| 4/14/2016 | March 2016 | TX0008274025 |
| 5/13/2016 | April 2016 | TX0008267027 |
| 6/24/2016 | May 2016 | TX0008331937 |
| 7/14/2016 | June 2016 | TX0008261592 |
| 8/4/2016 | July 2016 | TX0008322065 |
| 9/26/2016 | August 2016 | TX0008261401 |

| 10/17/2016 | September 2016 | TX0008339037 |
| 11/14/2016 | October 2016 | TX0008346186 |
| 12/29/2016 | November 2016 | TX0008389923 |
| 1/20/2017 | December 2016 | TX0008394692 |
| 2/14/2017 | January 2017 | TX0008369751 |
| 3/27/2017 | February 2017 | TX0008348800 |
| 4/21/2017 | March 2017 | TX0008395507 |
| 6/7/2017 | April 2017 | TX0008403471 |
| 7/18/2017 | June 2017 | TX0008440440 |
| 9/27/2017 | August 2017 | TX0008491549 |
| 10/12/2017 | July 2017 | TX0008600127 |
| 10/18/2017 | September 2017 | TX0008492080 |
| 12/1/2017 | October 2017 | TX0008476181 |
| 12/8/2017 | November 2017 | TX0008497680 |
| 1/23/2018 | December 2017 | TX0008490811 |
| 2/14/2018 | January 2018 | TX0008565614 |
| 3/9/2018 | February 2018 | TX0008556331 |
| 6/21/2019 | March 2019 | TX0008801027 |
| 6/21/2019 | April 2019 | TX0008801015 |
| 6/21/2019 | May 2019 | TX0008800708 |
| 6/26/2019 | December 2018 | TX0008799712 |
| 6/26/2019 | January 2019 | TX0008799885 |
| 6/26/2019 | February 2019 | TX0008799930 |
| 6/28/2019 | March 2018 | TX0008798372 |
| 6/28/2019 | April 2018 | TX0008798504 |
| 6/28/2019 | May 2018 | TX0008798524 |
| 6/28/2019 | June 2018 | TX0008798534 |
| 6/28/2019 | July 2018 | TX0008798591 |
| 6/28/2019 | August 2018 | TX0008798612 |
| 6/28/2019 | September 2018 | TX0008798624 |
| 6/28/2019 | October 2018 | TX0008798638 |
| 7/2/2019 | June 2019 | TX0008801583 |
| 7/31/2019 | July 2019 | TX0008803394 |
| 9/13/2019 | August 2019 | TX0008822108 |
| 10/4/2019 | September 2019 | TX0008824025 |
| 11/4/2019 | October 2019 | TX0008821510 |
| 11/13/2019 | November 2018 | TX0008800321 |
| 12/11/2019 | November 2019 | TX0008829336 |
| 1/8/2020 | December 2019 | TX0008831148 |
| 2/5/2020 | January 2020 | TX0008856277 |
| 3/5/2020 | February 2020 | TX0008863599 |

| | | |
|---|---|---|
| 4/3/2020 | March 2020 | TX0008863532 |
| 6/2/2020 | April 2020 | TX0008882488 |
| 6/2/2020 | May 2020 | TX0008882284 |
| 7/13/2020 | June 2020 | TX0008887112 |
| 8/10/2020 | July 2020 | TX0008893505 |
| 9/18/2020 | August 2020 | TX0008907661 |
| 10/16/2020 | September 2020 | TX0008913603 |
| 11/11/2020 | October 2020 | TX0008921477 |
| 12/24/2020 | November 2020 | TX0008928782 |
| 1/22/2021 | December 2020 | TX0008940420 |
| 2/24/2021 | January 2021 | TX0008951658 |
| 4/19/2021 | February 2021 | TX0008965425 |
| 4/19/2021 | March 2021 | TX0008965503 |
| 5/20/2021 | April 2021 | TX0008978280 |
| 6/16/2021 | May 2021 | TX0008988259 |
| 8/20/2021 | July 2021 | TX0009014097 |
| 9/15/2021 | June 2021 | TX0009005717 |
| 9/28/2021 | August 2021 | TX0009056807 |
| 10/21/2021 | September 2021 | TX0009075651 |
| 11/15/2021 | October 2021 | TX0009094489 |
| 12/22/2021 | November 2021 | TX0009115026 |
| 2/23/2022 | January 2022 | TX0009133247 |
| 3/22/2022 | February 2022 | TX0009141020 |
| 4/20/2022 | March 2022 | TX0009137617 |
| 5/17/2022 | April 2022 | TX0009159214 |
| 6/14/2022 | May 2022 | TX0009170483 |
| 7/14/2022 | June 2022 | TX0009176170 |
| 8/5/2022 | December 2021 | TX0009153124 |
| 8/24/2022 | July 2022 | TX0009191542 |
| 9/20/2022 | August 2022 | TX0009191757 |
| 10/27/2022 | September 2022 | TX0009216368 |
| 11/21/2022 | October 2022 | TX0009228014 |
| 12/30/2022 | November 2022 | TX0009257639 |
| 1/25/2023 | December 2022 | TX0009265145 |
| 3/6/2023 | January 2023 | TX0009272953 |
| 3/6/2023 | February 2023 | TX0009275457 |
| 4/21/2023 | March 2023 | TX0009282116 |
| 6/2/2023 | April 2023 | TX0009292973 |
| 6/2/2023 | May 2023 | TX0009292945 |
| 7/27/2023 | June 2023 | TX0009304355 |
| 9/20/2023 | July 2023 | TX0009322525 |

| | | |
|---|---|---|
| 9/20/2023 | August 2023 | TX0009322834 |
| 11/20/2023 | September 2023 | TX0009336856 |
| 11/20/2023 | October 2023 | TX0009336829 |
| 1/9/2024 | November 2023 | TX0009359710 |
| 1/9/2024 | December 2023 | TX0009361028 |
| 2/9/2024 | January 2024 | TX0009378368 |
| 4/3/2024 | February 2024 | TX0009392182 |
| 4/3/2024 | March 2024 | TX0009392188 |
| 6/14/2024 | April 2024 | TX0009415530 |
| 6/14/2024 | May 2024 | TX0009415497 |
| 7/26/2024 | June 2024 | TX0009427636 |
| 10/4/2024 | July 2024 | TX0009447496 |
| 10/4/2024 | August 2024 | TX0009447490 |
| 11/20/2024 | September 2024 | TX0009468490 |
| 11/20/2024 | October 2024 | TX0009463029 |
| 1/21/2025 | November 2024 | TX0009478730 |
| 2/5/2025 | December 2024 | TX0009484069 |
| 3/7/2025 | January 2025 | TX0009497492 |
| 3/7/2025 | February 2025 | TX0009497050 |
| 5/7/2025 | December 2024 | TX0009499510 |
| 5/15/2025 | March 2025 | TX0009518793 |
| 5/15/2025 | April 2025 | TX0009518635 |
| 6/4/2025 | May 2025 | TX0009526116 |
| 8/5/2025 | July 2025 | TX0009549318 |
| 10/10/2025 | August 2025 | TX0009567313 |
| 10/10/2025 | September 2025 | TX0009570068 |
| 11/18/2025 | October 2025 | TX0009568737 |
| 12/9/2025 | June 2025 | TX0009550168 |
| 1/2/2026 | November 2025 | TX0009579091 |
| 1/2/2026 | December 2025 | TX0009578661 |
| 2/18/2026 | January 2026 | TX0009594818 |
| 3/27/2026 | February 2026 | TX0009598792 |
| 4/15/2026 | March 2026 | TX0009605937 |