# Exhibit C

**H.S. Gere & Sons, Inc.**

| Registration Date | Issue Registered (Month/Year) | Registration  Number |
|---|---|---|
| 1/1/1994 | August 1993 | TX0003754700 |
| 1/1/1994 | September 1993 | TX0003754751 |
| 1/1/1994 | October 1993 | TX0003754550 |
| 1/1/1994 | November 1993 | TX0003754654 |
| 1/1/1994 | January 1994 | TX0003803748 |
| 1/1/1994 | December 1993 | TX0003915937 |
| 1/1/1994 | February 1994 | TX0003909674 |
| 1/1/1994 | April 1994 | TX0003915946 |
| 1/1/1994 | May 1994 | TX0003915955 |
| 1/1/1994 | March 1994 | TX0003915912 |
| 1/1/1994 | June 1994 | TX0003949026 |
| 1/1/1994 | July 1994 | TX0003848900 |
| 1/1/1994 | August 1994 | TX0003946919 |
| 1/1/1994 | September 1994 | TX0003946924 |
| 1/1/1995 | October 1994 | TX0003991893 |
| 1/1/1995 | November 1994 | TX0003991895 |
| 1/1/1995 | December 1994 | TX0004016611 |
| 1/1/1995 | January 1995 | TX0004022612 |
| 1/1/1995 | February 1995 | TX0004022613 |
| 1/1/1995 | March 1995 | TX0004101449 |
| 1/1/1995 | April 1995 | TX0004083480 |
| 1/1/1995 | May 1995 | TX0004110692 |
| 1/1/1995 | June 1995 | TX0004123123 |
| 1/1/1995 | July 1995 | TX0004156447 |
| 1/1/1995 | August 1995 | TX0004156446 |
| 1/1/1995 | September 1995 | TX0004166021 |
| 1/1/1996 | October 1995 | TX0004194928 |
| 1/1/1996 | January 1996 | TX0004184931 |
| 1/1/1996 | February 1996 | TX0004184932 |
| 1/1/1996 | March 1996 | TX0004184934 |
| 1/1/1996 | April 1996 | TX0004301706 |
| 1/1/1996 | May 1996 | TX0004307933 |
| 1/1/1996 | July 1996 | TX0004319372 |
| 1/1/1996 | June 1996 | TX0004334027 |
| 1/1/1996 | August 1996 | TX0004339998 |
| 1/1/1996 | September 1996 | TX0004334026 |
| 1/1/1996 | October 1996 | TX0004418574 |
| 1/1/1996 | November 1996 | TX0004402920 |

| 1/1/1997 | December 1996 | TX0004419912 |
|---|---|---|
| 1/1/1997 | January 1997 | TX0004458780 |
| 1/1/1997 | February 1997 | TX0004555980 |
| 1/1/1997 | March 1997 | TX0004468839 |
| 1/1/1997 | April 1997 | TX0004505164 |
| 1/1/1997 | May 1997 | TX0004500095 |
| 1/1/1997 | June 1997 | TX0004518155 |
| 1/1/1997 | July 1997 | TX0004538053 |
| 1/1/1997 | August 1997 | TX0004538056 |
| 1/1/1997 | September 1997 | TX0004602410 |
| 1/1/1997 | October 1997 | TX0004584518 |
| 1/1/1997 | November 1997 | TX0004593041 |
| 1/1/1998 | December 1997 | TX0004602415 |
| 1/1/1998 | January 1998 | TX0004625397 |
| 1/1/1998 | February 1998 | TX0004638030 |
| 1/1/1998 | March 1998 | TX0004668512 |
| 1/1/1998 | April 1998 | TX0004710310 |
| 1/1/1998 | May 1998 | TX0004722413 |
| 1/1/1998 | June 1998 | TX0004722579 |
| 1/1/1998 | July 1998 | TX0004738490 |
| 1/1/1998 | August 1998 | TX0004765940 |
| 1/1/1998 | September 1998 | TX0004788046 |
| 1/1/1998 | October 1998 | TX0004646830 |
| 1/1/1998 | November 1998 | TX0004646730 |
| 1/1/1999 | December 1998 | TX0004842009 |
| 1/1/1999 | January 1999 | TX0004874025 |
| 1/1/1999 | February 1999 | TX0004874026 |
| 1/1/1999 | March 1999 | TX0004881225 |
| 1/1/1999 | April 1999 | TX0004911368 |
| 1/1/1999 | May 1999 | TX0004911363 |
| 1/1/1999 | July 1999 | TX0004054852 |
| 1/1/1999 | September 1999 | TX0004987150 |
| 1/1/1999 | October 1999 | TX0005009791 |
| 1/1/1999 | November 1999 | TX0005052205 |
| 1/1/2000 | December 1999 | TX0005041593 |
| 1/1/2000 | January 2000 | TX0005156591 |
| 1/1/2000 | February 2000 | TX0005096737 |
| 1/1/2000 | March 2000 | TX0005095910 |
| 1/1/2000 | April 2000 | TX0005108487 |
| 1/1/2000 | May 2000 | TX0005132809 |
| 1/1/2000 | June 2000 | TX0005135663 |

| 1/1/2000 | June 1999 | TX0005192996 |
|---|---|---|
| 1/1/2000 | July 2000 | TX0005192997 |
| 1/1/2000 | August 2000 | TX0005192995 |
| 1/1/2000 | September 2000 | TX0005171822 |
| 1/1/2000 | October 2000 | TX0005235725 |
| 1/1/2001 | November 2000 | TX0005234774 |
| 1/1/2001 | December 2000 | TX0005234775 |
| 1/1/2001 | January 2001 | TX0005270501 |
| 1/1/2001 | February 2001 | TX0005270502 |
| 1/1/2001 | March 2001 | TX0005399123 |
| 1/1/2001 | April 2001 | TX0005399133 |
| 1/1/2001 | May 2001 | TX0005345108 |
| 1/1/2001 | June 2001 | TX0005354850 |
| 1/1/2001 | July 2001 | TX0005376987 |
| 1/1/2001 | August 2001 | TX0005404986 |
| 1/1/2001 | September 2001 | TX0005404985 |
| 1/1/2001 | October 2001 | TX0005516398 |
| 1/1/2002 | November 2001 | TX0005560960 |
| 1/1/2002 | December 2001 | TX0005560934 |
| 1/1/2002 | January 2002 | TX0005502426 |
| 1/1/2002 | February 2002 | TX0005561032 |
| 1/1/2002 | March 2002 | TX0005560933 |
| 1/1/2002 | April 2002 | TX0005560979 |
| 1/1/2002 | May 2002 | TX0005600351 |
| 1/1/2002 | June 2002 | TX0005613700 |
| 1/1/2002 | July 2002 | TX0005996992 |
| 1/1/2002 | August 2002 | TX0005647212 |
| 1/1/2002 | September 2002 | TX0005651788 |
| 1/1/2002 | October 2002 | TX0005806538 |
| 1/1/2003 | November 2002 | TX0005674759 |
| 1/1/2003 | December 2002 | TX0005675725 |
| 1/1/2003 | January 2003 | TX0005673384 |
| 1/1/2003 | February 2003 | TX0005707778 |
| 1/1/2003 | March 2003 | TX0005729381 |
| 1/1/2003 | April 2003 | TX0005747675 |
| 1/1/2003 | May 2003 | TX0005806530 |
| 1/1/2003 | June 2003 | TX0005960728 |
| 1/1/2003 | July 2003 | TX0005835392 |
| 1/1/2003 | August 2003 | TX0005835380 |
| 1/1/2003 | September 2003 | TX0005835407 |
| 1/1/2003 | October 2003 | TX0005874197 |

| 1/1/2003 | November 2003 | TX0005874198 |
|---|---|---|
| 1/1/2004 | December 2003 | TX0005874631 |
| 1/1/2004 | January 2004 | TX0005921948 |
| 1/1/2004 | February 2004 | TX0005970855 |
| 1/1/2004 | March 2004 | TX0005970854 |
| 1/1/2004 | April 2004 | TX0005985724 |
| 1/1/2004 | May 2004 | TX0005986940 |
| 1/1/2004 | June 2004 | TX0005996375 |
| 1/1/2004 | July 2004 | TX0006023520 |
| 1/1/2004 | August 2004 | TX0006075050 |
| 1/1/2004 | September 2004 | TX0006075054 |
| 1/1/2004 | October 2004 | TX0006081337 |
| 1/1/2005 | November 2004 | TX0006098681 |
| 1/1/2005 | December 2004 | TX0006112711 |
| 1/1/2005 | January 2005 | TX0006128772 |
| 1/1/2005 | February 2005 | TX0006150116 |
| 1/1/2005 | March 2005 | TX0006157735 |
| 1/1/2005 | April 2005 | TX0006181972 |
| 1/1/2005 | May 2005 | TX0006215875 |
| 1/1/2005 | June 2005 | TX0006215745 |
| 1/1/2005 | July 2005 | TX0006215746 |
| 1/1/2005 | August 2005 | TX0006222379 |
| 1/1/2005 | September 2005 | TX0006250592 |
| 1/1/2005 | October 2005 | TX0006265621 |
| 1/1/2006 | November 2005 | TX0006341089 |
| 1/1/2006 | December 2005 | TX0006300329 |
| 1/1/2006 | February 2006 | TX0006348295 |
| 1/1/2006 | January 2006 | TX0006353967 |
| 1/1/2006 | March 2006 | TX0006379141 |
| 1/1/2006 | May 2006 | TX0006379193 |
| 1/1/2006 | June 2006 | TX0006498518 |
| 1/1/2006 | April 2006 | TX0006422169 |
| 1/1/2006 | August 2006 | TX0006481219 |
| 1/1/2006 | July 2006 | TX0006481177 |
| 1/1/2006 | September 2006 | TX0006481206 |
| 1/1/2006 | October 2006 | TX0006481215 |
| 1/1/2006 | December 2006 | TX0006611892 |
| 1/1/2007 | November 2006 | TX0006505082 |
| 1/1/2007 | January 2007 | TX0006611870 |
| 1/1/2007 | February 2007 | TX0006575612 |
| 1/1/2007 | March 2007 | TX0006550439 |

| 1/1/2007 | April 2007 | TX0006575580 |
|---|---|---|
| 1/1/2007 | May 2007 | TX0006608061 |
| 1/1/2007 | June 2007 | TX0006614592 |
| 1/1/2007 | July 2007 | TX0006614561 |
| 1/1/2007 | August 2007 | TX0006630377 |
| 1/1/2007 | September 2007 | TX0006630379 |
| 1/1/2007 | October 2007 | TX0006630433 |
| 1/1/2007 | November 2007 | TX0006644157 |
| 1/1/2008 | January 2008 | TX0006645727 |
| 1/1/2008 | March 2008 | TX0006679632 |
| 1/1/2008 | April 2008 | TX0006648253 |
| 1/1/2008 | June 2008 | TX0006662530 |
| 1/1/2008 | August 2008 | TX0006663049 |
| 1/1/2008 | September 2008 | TX0006769315 |
| 1/1/2008 | October 2008 | TX0006663050 |
| 1/1/2008 | November 2008 | TX0006664766 |
| 1/1/2009 | January 2009 | TX0006631673 |
| 1/1/2009 | February 2009 | TX0006631608 |
| 1/1/2009 | April 2009 | TX0006631471 |
| 1/1/2009 | May 2009 | TX0006684093 |
| 1/1/2009 | June 2009 | TX0006684058 |
| 1/1/2009 | August 2009 | TX0006687577 |
| 1/1/2009 | September 2009 | TX0006699929 |
| 1/1/2009 | October 2009 | TX0006700067 |
| 1/1/2009 | December 2009 | TX0006702339 |
| 1/1/2010 | January 2010 | TX0006701710 |
| 1/1/2010 | February 2010 | TX0006704094 |
| 1/1/2010 | March 2010 | TX0006704157 |
| 1/1/2010 | April 2010 | TX0006704166 |
| 1/1/2010 | May 2010 | TX0006704896 |
| 1/1/2010 | June 2010 | TX0006705030 |
| 1/1/2010 | August 2010 | TX0006718418 |
| 1/1/2010 | September 2010 | TX0006771641 |
| 1/1/2010 | October 2010 | TX0006772774 |
| 1/1/2010 | November 2010 | TX0006772154 |
| 1/1/2010 | December 2010 | TX0006772126 |
| 1/1/2011 | January 2011 | TX0006776289 |
| 1/1/2011 | February 2011 | TX0006776356 |
| 1/1/2011 | March 2011 | TX0006776355 |
| 1/1/2011 | April 2011 | TX0006776196 |
| 1/1/2011 | May 2011 | TX0006778822 |

| | | |
|---|---|---|
| 1/1/2011 | June 2011 | TX0006778932 |
| 1/1/2011 | July 2011 | TX0006787772 |
| 1/1/2011 | August 2011 | TX0006789379 |
| 1/1/2011 | September 2011 | TX0006788694 |
| 1/1/2011 | October 2011 | TX0006790101 |
| 1/1/2011 | November 2011 | TX0006790343 |
| 1/1/2011 | December 2011 | TX0006790322 |
| 1/1/2012 | February 2012 | TX0006788685 |
| 1/1/2012 | March 2012 | TX0006790109 |
| 1/1/2012 | April 2012 | TX0006790110 |
| 1/1/2012 | June 2012 | TX0006573279 |
| 1/1/2012 | July 2012 | TX0006686479 |
| 1/1/2012 | August 2012 | TX0006686478 |
| 11/16/2012 | September 2012 | TX0007696356 |
| 1/18/2013 | October 2012 | TX0008016722 |
| 1/18/2013 | December 2012 | TX0008016747 |
| 1/18/2013 | November 2012 | TX0008016732 |
| 5/14/2013 | January 2013 | TX0007895475 |
| 5/14/2013 | March 2013 | TX0007895494 |
| 5/14/2013 | April 2013 | TX0007895502 |
| 5/14/2013 | February 2013 | TX0007895485 |
| 7/8/2013 | May 2013 | TX0007899488 |
| 7/8/2013 | June 2013 | TX0007899483 |
| 10/18/2013 | August 2013 | TX0007907827 |
| 10/18/2013 | September 2013 | TX0007907832 |
| 10/18/2013 | July 2013 | TX0007907821 |
| 1/24/2014 | October 2013 | TX0008045028 |
| 1/24/2014 | December 2013 | TX0008045024 |
| 1/24/2014 | November 2013 | TX0008045027 |
| 7/21/2014 | March 2014 | TX0008012278 |
| 7/21/2014 | May 2014 | TX0008012297 |
| 7/21/2014 | June 2014 | TX0008012307 |
| 7/21/2014 | January 2014 | TX0008011705 |
| 7/21/2014 | April 2014 | TX0008012284 |
| 7/21/2014 | February 2014 | TX0008011713 |
| 10/27/2014 | September 2014 | TX0008085907 |
| 10/27/2014 | July 2014 | TX0008086043 |
| 10/27/2014 | August 2012 | TX0008086034 |
| 11/12/2014 | October 2014 | TX0008086294 |
| 1/15/2015 | December 2014 | TX0008110345 |
| 1/15/2015 | November 2014 | TX0008110348 |

| | | |
|---|---|---|
| 4/17/2015 | January 2015 | TX0008156586 |
| 4/20/2015 | March 2015 | TX0008157209 |
| 4/20/2015 | February 2015 | TX0008157200 |
| 9/4/2015 | April 2015 | TX0008229740 |
| 9/4/2015 | July 2015 | TX0008229749 |
| 9/4/2015 | June 2015 | TX0008229748 |
| 9/4/2015 | May 2015 | TX0008229743 |
| 9/9/2015 | August 2015 | TX0008229752 |
| 1/13/2016 | December 2015 | TX0008259414 |
| 1/13/2016 | September 2015 | TX0008259401 |
| 1/13/2016 | October 2015 | TX0008259407 |
| 1/13/2016 | November 2015 | TX0008259745 |
| 6/2/2016 | January 2016 | TX0008261510 |
| 6/2/2016 | February 2016 | TX0008261528 |
| 6/2/2016 | March 2016 | TX0008261412 |
| 9/19/2016 | May 2016 | TX0008339123 |
| 9/19/2016 | August 2016 | TX0008339021 |
| 9/19/2016 | June 2016 | TX0008339122 |
| 9/19/2016 | July 2016 | TX0008339120 |
| 3/21/2017 | September 2016 | TX0008348814 |
| 3/21/2017 | January 2017 | TX0008348822 |
| 3/21/2017 | November 2016 | TX0008348816 |
| 3/21/2017 | October 2016 | TX0008348820 |
| 3/21/2017 | December 2016 | TX0008348817 |
| 3/21/2017 | February 2017 | TX0008348975 |
| 4/11/2017 | March 2017 | TX0008396399 |
| 8/3/2017 | April 2017 | TX0008549826 |
| 8/3/2017 | June 2017 | TX0008600045 |
| 8/10/2017 | July 2017 | TX0008458585 |
| 10/18/2017 | August 2017 | TX0008492094 |
| 11/24/2017 | May 2017 | TX0008549834 |
| 1/23/2018 | October 2017 | TX0008490800 |
| 1/23/2018 | November 2017 | TX0008490789 |
| 1/23/2018 | September 2017 | TX0008490806 |
| 1/23/2018 | December 2017 | TX0008490783 |