# Exhibit D

**The New Mexican Inc.**

| Registration Date | Issue Registered (Month/Year) | Registration Number |
| --- | --- | --- |
| 1/1/1994 | July 1993 | TX0003773829 |
| 1/1/1994 | August 1993 | TX0003774342 |
| 1/1/1994 | October 1993 | TX0003773817 |
| 1/1/1994 | September 1993 | TX0003773831 |
| 1/1/1994 | November 1993 | TX0003909784 |
| 1/1/1994 | December 1993 | TX0003909781 |
| 1/1/1994 | January 1994 | TX0003909782 |
| 1/1/1994 | February 1994 | TX0003909783 |
| 1/1/1996 | March 1994 | TX0004204420 |
| 1/1/1996 | April 1994 | TX0004204421 |
| 1/1/1996 | May 1994 | TX0004204422 |
| 1/1/1996 | June 1994 | TX0004204423 |
| 1/1/1996 | July 1994 | TX0004204424 |
| 1/1/1996 | August 1994 | TX0004204425 |
| 1/1/1996 | September 1994 | TX0004204426 |
| 1/1/1996 | October 1994 | TX0004204427 |
| 1/1/1996 | November 1994 | TX0004204428 |
| 1/1/1996 | December 1994 | TX0004204429 |
| 1/1/1996 | January 1995 | TX0004204430 |
| 1/1/1996 | February 1995 | TX0004204431 |
| 1/1/1996 | March 1995 | TX0004204432 |
| 1/1/1996 | April 1995 | TX0004204433 |
| 1/1/1996 | May 1995 | TX0004204434 |
| 1/1/1996 | June 1995 | TX0004204435 |
| 1/1/1996 | July 1995 | TX0004204436 |
| 1/1/1996 | August 1995 | TX0004204437 |
| 1/1/1996 | September 1995 | TX0004204438 |
| 1/1/1996 | October 1995 | TX0004204439 |
| 1/1/1996 | November 1995 | TX0004204440 |
| 1/1/1996 | December 1995 | TX0004204441 |
| 1/1/1996 | January 1996 | TX0004211576 |
| 1/1/1996 | February 1996 | TX0004211577 |
| 1/1/1996 | March 1996 | TX0004305002 |
| 1/1/1996 | April 1996 | TX0004305003 |
| 1/1/1996 | May 1996 | TX0004310395 |
| 1/1/1996 | June 1996 | TX0004348949 |
| 1/1/1996 | July 1996 | TX0004348948 |
| 1/1/1996 | August 1996 | TX0004356532 |

| 1/1/1997 | September 1996 | TX0004399582 |
|---|---|---|
| 1/1/1997 | October 1996 | TX0004399581 |
| 1/1/1997 | November 1996 | TX0004459308 |
| 1/1/1997 | December 1996 | TX0004459309 |
| 1/1/1997 | January 1997 | TX0004505169 |
| 1/1/1997 | February 1997 | TX0004459301 |
| 1/1/1997 | March 1997 | TX0004468884 |
| 1/1/1997 | April 1997 | TX0004512897 |
| 1/1/1997 | May 1997 | TX0004512898 |
| 1/1/1997 | June 1997 | TX0004545034 |
| 1/1/1997 | July 1997 | TX0004545033 |
| 1/1/1997 | August 1997 | TX0004557170 |
| 1/1/1997 | September 1997 | TX0004580591 |
| 1/1/1998 | October 1997 | TX0004602996 |
| 1/1/1998 | November 1997 | TX0004616475 |
| 1/1/1998 | December 1997 | TX0004616416 |
| 1/1/1998 | January 1998 | TX0004637981 |
| 1/1/1998 | February 1998 | TX0004650270 |
| 1/1/1998 | March 1998 | TX0004706106 |
| 1/1/1998 | April 1998 | TX0004740513 |
| 1/1/1998 | May 1998 | TX0004740510 |
| 1/1/1998 | June 1998 | TX0004740512 |
| 1/1/1998 | July 1998 | TX0004778943 |
| 1/1/1998 | August 1998 | TX0004793707 |
| 1/1/1998 | September 1998 | TX0004793706 |
| 1/1/1999 | October 1998 | TX0004824272 |
| 1/1/1999 | November 1998 | TX0004824271 |
| 1/1/1999 | December 1998 | TX0004861581 |
| 1/1/1999 | January 1999 | TX0004858611 |
| 1/1/1999 | February 1999 | TX0004894394 |
| 1/1/1999 | March 1999 | TX0004951607 |
| 1/1/1999 | April 1999 | TX0004951606 |
| 1/1/1999 | May 1999 | TX0004951605 |
| 1/1/1999 | June 1999 | TX0004951609 |
| 1/1/1999 | July 1999 | TX0004979409 |
| 1/1/1999 | August 1999 | TX0004054882 |
| 1/1/1999 | September 1999 | TX0004054860 |
| 1/1/2000 | October 1999 | TX0005052254 |
| 1/1/2000 | November 1999 | TX0005052253 |
| 1/1/2000 | December 1999 | TX0005071524 |
| 1/1/2000 | January 2000 | TX0005078480 |

| | | |
|---|---|---|
| 1/1/2000 | February 2000 | TX0005087277 |
| 1/1/2000 | March 2000 | TX0005115640 |
| 1/1/2000 | April 2000 | TX0005108194 |
| 1/1/2000 | May 2000 | TX0005006954 |
| 1/1/2000 | July 2000 | TX0005171840 |
| 1/1/2000 | June 2000 | TX0005174088 |
| 1/1/2000 | September 1983 | TX0005193078 |
| 1/1/2000 | August 2000 | TX0005184310 |
| 1/1/2001 | October 2000 | TX0005235713 |
| 1/1/2001 | September 2000 | TX0005234316 |
| 1/1/2001 | November 2000 | TX0005261734 |
| 1/1/2001 | December 2000 | TX0005261733 |
| 1/1/2001 | January 2001 | TX0005293549 |
| 1/1/2001 | February 2001 | TX0005307570 |
| 1/1/2001 | March 2001 | TX0005321480 |
| 1/1/2001 | April 2001 | TX0005321473 |
| 1/1/2001 | May 2001 | TX0005345160 |
| 1/1/2001 | June 2001 | TX0005369261 |
| 1/1/2001 | July 2001 | TX0005518575 |
| 1/1/2001 | August 2001 | TX0005518576 |
| 1/1/2001 | September 2001 | TX0005532036 |
| 1/1/2001 | October 2001 | TX0005549018 |
| 1/1/2002 | December 2001 | TX0005502752 |
| 1/1/2002 | November 2001 | TX0005554634 |
| 1/1/2002 | February 2002 | TX0005596507 |
| 1/1/2002 | January 2002 | TX0005582057 |
| 1/1/2002 | March 2002 | TX0005554640 |
| 1/1/2002 | April 2002 | TX0005590469 |
| 1/1/2002 | May 2002 | TX0005651943 |
| 1/1/2002 | June 2002 | TX0005654169 |
| 1/1/2002 | July 2002 | TX0005657780 |
| 1/1/2003 | September 2002 | TX0005670969 |
| 1/1/2003 | October 2002 | TX0005729477 |
| 1/1/2003 | November 2002 | TX0005734187 |
| 1/1/2003 | February 2003 | TX0005760258 |
| 1/1/2003 | August 2002 | TX0005800546 |
| 1/1/2003 | December 2002 | TX0005806539 |
| 1/1/2003 | March 2003 | TX0005874182 |
| 1/1/2004 | January 2003 | TX0005929484 |
| 1/1/2004 | April 2003 | TX0005929470 |
| 1/1/2004 | May 2003 | TX0005964824 |

| | | |
|---|---|---|
| 1/1/2004 | June 2003 | TX0005964826 |
| 1/1/2004 | August 2003 | TX0005966224 |
| 1/1/2005 | January 2004 | TX0006078686 |
| 1/1/2005 | July 2003 | TX0006078668 |
| 1/1/2005 | September 2003 | TX0006078671 |
| 1/1/2005 | October 2003 | TX0006078667 |
| 1/1/2005 | November 2003 | TX0006078670 |
| 1/1/2005 | February 2004 | TX0006093168 |
| 1/1/2005 | March 2004 | TX0006150088 |
| 1/1/2005 | April 2004 | TX0006120304 |
| 1/1/2005 | May 2004 | TX0006128747 |
| 1/1/2005 | June 2004 | TX0006143994 |
| 1/1/2005 | December 2003 | TX0006211071 |
| 1/1/2005 | July 2004 | TX0006181372 |
| 1/1/2005 | January 2005 | TX0006226325 |
| 1/1/2005 | March 2005 | TX0006226428 |
| 1/1/2005 | August 2004 | TX0006349916 |
| 1/1/2005 | September 2004 | TX0006349918 |
| 1/1/2005 | October 2004 | TX0006226326 |
| 1/1/2005 | November 2004 | TX0006349917 |
| 1/1/2005 | February 2005 | TX0006222667 |
| 1/1/2005 | December 2004 | TX0006226427 |
| 1/1/2005 | June 2005 | TX0006285648 |
| 1/1/2005 | September 2005 | TX0006290938 |
| 1/1/2005 | April 2005 | TX0006285590 |
| 1/1/2006 | May 2005 | TX0006331311 |
| 1/1/2006 | November 2005 | TX0006290984 |
| 1/1/2006 | August 2005 | TX0006331231 |
| 1/1/2006 | October 2005 | TX0006300309 |
| 1/1/2006 | July 2005 | TX0006331230 |
| 1/1/2006 | December 2005 | TX0006330127 |
| 1/1/2006 | January 2006 | TX0006313899 |
| 1/1/2006 | March 2006 | TX0006334919 |
| 1/1/2006 | February 2006 | TX0006340485 |
| 1/1/2006 | April 2006 | TX0006431416 |
| 1/1/2006 | May 2006 | TX0006431409 |
| 1/1/2006 | July 2006 | TX0006431450 |
| 1/1/2006 | June 2006 | TX0006483219 |
| 1/1/2006 | August 2006 | TX0006461692 |
| 1/1/2006 | September 2006 | TX0006608023 |
| 1/1/2006 | October 2006 | TX0006608009 |

| 1/1/2006 | November 2006 | TX0006608007 |
|---|---|---|
| 1/1/2006 | December 2006 | TX0006608025 |
| 1/1/2007 | January 2007 | TX0006608006 |
| 1/1/2007 | February 2007 | TX0006608012 |
| 1/1/2007 | March 2007 | TX0006608024 |
| 1/1/2007 | April 2007 | TX0006608008 |
| 1/1/2007 | May 2007 | TX0006614506 |
| 1/1/2007 | June 2007 | TX0006630188 |
| 1/1/2007 | July 2007 | TX0006630134 |
| 1/1/2007 | August 2007 | TX0006644522 |
| 1/1/2007 | September 2007 | TX0006644514 |
| 1/1/2007 | October 2007 | TX0006647514 |
| 1/1/2007 | November 2007 | TX0006648277 |
| 1/1/2007 | December 2007 | TX0006647121 |
| 1/1/2008 | January 2008 | TX0006647120 |
| 1/1/2008 | February 2008 | TX0006661243 |
| 1/1/2008 | March 2008 | TX0006662508 |
| 1/1/2008 | April 2008 | TX0006661252 |
| 1/1/2008 | May 2008 | TX0006665131 |
| 1/1/2008 | June 2008 | TX0006660468 |
| 1/1/2008 | July 2008 | TX0006660486 |
| 1/1/2008 | August 2008 | TX0006665123 |
| 1/1/2008 | September 2008 | TX0006664845 |
| 1/1/2008 | October 2008 | TX0006664841 |
| 1/1/2008 | November 2008 | TX0006684082 |
| 1/1/2008 | December 2008 | TX0006684078 |
| 1/1/2009 | January 2009 | TX0006679361 |
| 1/1/2009 | February 2009 | TX0006679355 |
| 1/1/2009 | March 2009 | TX0006683956 |
| 1/1/2009 | April 2009 | TX0006683957 |
| 1/1/2009 | May 2009 | TX0006683958 |
| 1/1/2009 | June 2009 | TX0006683959 |
| 1/1/2009 | July 2009 | TX0006699951 |
| 1/1/2009 | August 2009 | TX0006699952 |
| 1/1/2009 | September 2009 | TX0006699958 |
| 1/1/2009 | October 2009 | TX0006699957 |
| 1/1/2009 | November 2009 | TX0006705061 |
| 1/1/2009 | December 2009 | TX0006705063 |
| 1/1/2010 | January 2010 | TX0006705059 |
| 1/1/2010 | February 2010 | TX0006772769 |
| 1/1/2010 | March 2010 | TX0006705062 |

| 1/1/2010 | April 2010 | TX0006772099 |
|---|---|---|
| 1/1/2010 | May 2010 | TX0006772971 |
| 1/1/2010 | June 2010 | TX0006776114 |
| 1/1/2010 | July 2010 | TX0006772978 |
| 1/1/2010 | August 2010 | TX0006772979 |
| 1/1/2010 | September 2010 | TX0006772100 |
| 1/1/2010 | November 2010 | TX0006778993 |