# Exhibit E

**Newspapers of New Hampshire, Inc.**

| Registration Date | Issue Registered (Month/Year) | Registration Number |
|---|---|---|
| 1/1/1994 | March 1993 | TX0003848758 |
| 1/1/1994 | April 1993 | TX0003848759 |
| 1/1/1994 | May 1993 | TX0003848760 |
| 1/1/1994 | June 1993 | TX0003848761 |
| 1/1/1994 | July 1993 | TX0003848762 |
| 1/1/1994 | August 1993 | TX0003848763 |
| 1/1/1994 | September 1993 | TX0003848764 |
| 1/1/1994 | October 1993 | TX0003848765 |
| 1/1/1994 | November 1993 | TX0003848766 |
| 1/1/1994 | December 1993 | TX0003848767 |
| 1/1/1994 | January 1994 | TX0003833240 |
| 1/1/1994 | February 1994 | TX0003833239 |
| 1/1/1994 | March 1994 | TX0003909779 |
| 1/1/1994 | April 1994 | TX0003909780 |
| 1/1/1994 | May 1994 | TX0003915967 |
| 1/1/1994 | June 1994 | TX0003915968 |
| 1/1/1994 | July 1994 | TX0003976810 |
| 1/1/1994 | August 1994 | TX0003976811 |
| 1/1/1995 | September 1994 | TX0004022534 |
| 1/1/1995 | October 1994 | TX0004022535 |
| 1/1/1995 | November 1994 | TX0004152138 |
| 1/1/1995 | December 1994 | TX0004152096 |
| 1/1/1995 | January 1995 | TX0004130474 |
| 1/1/1995 | February 1995 | TX0004130473 |
| 1/1/1995 | March 1995 | TX0004152098 |
| 1/1/1995 | April 1995 | TX0004152099 |
| 1/1/1995 | May 1995 | TX0004152140 |
| 1/1/1995 | June 1995 | TX0004152139 |
| 1/1/1995 | July 1995 | TX0004751012 |
| 1/1/1995 | August 1995 | TX0004751013 |
| 1/1/1996 | September 1995 | TX0004271836 |
| 1/1/1996 | October 1995 | TX0004271837 |
| 1/1/1996 | January 1996 | TX0004271833 |
| 1/1/1996 | February 1996 | TX0004271834 |
| 1/1/1996 | November 1995 | TX0004234078 |
| 1/1/1996 | December 1995 | TX0004234079 |
| 1/1/1997 | October 1996 | TX0004513006 |
| 1/1/1997 | December 1996 | TX0004513005 |

| 1/1/1997 | May 1996 | TX0004468860 |
|---|---|---|
| 1/1/1997 | June 1996 | TX0004468859 |
| 1/1/1997 | July 1996 | TX0004468895 |
| 1/1/1997 | August 1996 | TX0004468896 |
| 1/1/1997 | September 1996 | TX0004468904 |
| 1/1/1997 | November 1996 | TX0004468899 |
| 1/1/1997 | January 1997 | TX0004468901 |
| 1/1/1997 | February 1997 | TX0004468900 |
| 1/1/1997 | March 1997 | TX0004468902 |
| 1/1/1997 | April 1997 | TX0004468903 |
| 1/1/1997 | July 1995 | TX0004528177 |
| 1/1/1997 | August 1995 | TX0004528176 |
| 1/1/1997 | March 1997 | TX0004528172 |
| 1/1/1997 | April 1997 | TX0004528171 |
| 1/1/1997 | May 1997 | TX0004578188 |
| 1/1/1997 | June 1997 | TX0004578189 |
| 1/1/1997 | July 1997 | TX0004557368 |
| 1/1/1997 | August 1997 | TX0004557367 |
| 1/1/1998 | September 1997 | TX0004682365 |
| 1/1/1998 | October 1997 | TX0004682364 |
| 1/1/1998 | November 1997 | TX0004682363 |
| 1/1/1998 | December 1997 | TX0004682362 |
| 1/1/1998 | January 1998 | TX0004682360 |
| 1/1/1998 | February 1998 | TX0004682361 |
| 1/1/1998 | November 1997 | TX0004722468 |
| 1/1/1998 | December 1997 | TX0004722467 |
| 1/1/1998 | March 1998 | TX0004786540 |
| 1/1/1998 | April 1998 | TX0004786541 |
| 1/1/1998 | May 1998 | TX0004786573 |
| 1/1/1998 | June 1998 | TX0004786574 |
| 1/1/1998 | July 1998 | TX0004786546 |
| 1/1/1998 | August 1998 | TX0004786547 |
| 1/1/1999 | September 1998 | TX0004824232 |
| 1/1/1999 | October 1998 | TX0004824233 |
| 1/1/1999 | November 1998 | TX0004842030 |
| 1/1/1999 | December 1998 | TX0004842032 |
| 1/1/1999 | January 1999 | TX0004894407 |
| 1/1/1999 | February 1999 | TX0004894406 |
| 1/1/1999 | March 1999 | TX0004919673 |
| 1/1/1999 | April 1999 | TX0004919675 |
| 1/1/1999 | May 1999 | TX0003767433 |

| | | |
|---|---|---|
| 1/1/1999 | June 1999 | TX0003767437 |
| 1/1/1999 | July 1999 | TX0005006169 |
| 1/1/1999 | August 1999 | TX0005006168 |
| 1/1/2000 | September 1999 | TX0005041522 |
| 1/1/2000 | October 1999 | TX0005041523 |
| 1/1/2000 | December 1999 | TX0005041643 |
| 1/1/2000 | January 2000 | TX0005108178 |
| 1/1/2000 | February 2000 | TX0005108177 |
| 1/1/2000 | March 2000 | TX0005156582 |
| 1/1/2000 | April 2000 | TX0005156581 |
| 1/1/2000 | May 2000 | TX0005156583 |
| 1/1/2000 | June 2000 | TX0005156584 |
| 1/1/2001 | July 2000 | TX0005234335 |
| 1/1/2001 | August 2000 | TX0005234336 |
| 1/1/2001 | September 2000 | TX0005253997 |
| 1/1/2001 | October 2000 | TX0005253993 |
| 1/1/2001 | November 2000 | TX0005282870 |
| 1/1/2001 | December 2000 | TX0005286628 |
| 1/1/2001 | January 2001 | TX0005330000 |
| 1/1/2001 | February 2001 | TX0005330001 |
| 1/1/2001 | March 2001 | TX0005376935 |
| 1/1/2001 | April 2001 | TX0005376936 |
| 1/1/2001 | May 2001 | TX0005376934 |
| 1/1/2001 | June 2001 | TX0005376933 |
| 1/1/2002 | September 2001 | TX0005518546 |
| 1/1/2002 | October 2001 | TX0005518565 |
| 1/1/2002 | November 2001 | TX0005582127 |
| 1/1/2002 | December 2001 | TX0005582126 |
| 1/1/2002 | January 2002 | TX0005582123 |
| 1/1/2002 | February 2002 | TX0005582122 |
| 1/1/2002 | March 2002 | TX0005582125 |
| 1/1/2002 | April 2002 | TX0005582124 |
| 1/1/2002 | July 2001 | TX0005623477 |
| 1/1/2002 | August 2001 | TX0005623479 |
| 1/1/2003 | May 2002 | TX0005809535 |
| 1/1/2003 | June 2002 | TX0005809533 |
| 1/1/2004 | August 2002 | TX0005902807 |
| 1/1/2004 | September 2002 | TX0005902805 |
| 1/1/2004 | October 2002 | TX0005902806 |
| 1/1/2004 | July 2002 | TX0005902813 |
| 1/1/2004 | November 2002 | TX0005897532 |

| | | |
|---|---|---|
| 1/1/2004 | December 2002 | TX0005897531 |
| 1/1/2004 | January 2003 | TX0005897534 |
| 1/1/2004 | March 2003 | TX0005897533 |
| 1/1/2004 | May 2003 | TX0005897537 |
| 1/1/2004 | February 2003 | TX0005928426 |
| 1/1/2004 | April 2003 | TX0005925383 |
| 1/1/2004 | June 2003 | TX0005928427 |
| 1/1/2004 | July 2003 | TX0005964879 |
| 1/1/2004 | August 2003 | TX0005964878 |
| 1/1/2004 | September 2003 | TX0005964877 |
| 1/1/2004 | October 2003 | TX0005964874 |
| 1/1/2004 | November 2003 | TX0005964873 |
| 1/1/2004 | December 2003 | TX0005964872 |
| 1/1/2005 | January 2004 | TX0006103493 |
| 1/1/2005 | February 2004 | TX0006103494 |
| 1/1/2005 | March 2004 | TX0006103485 |
| 1/1/2005 | April 2004 | TX0006103486 |
| 1/1/2005 | May 2004 | TX0006103487 |
| 1/1/2005 | June 2004 | TX0006103488 |
| 1/1/2005 | July 2004 | TX0006331312 |
| 1/1/2005 | August 2005 | TX0006331315 |
| 1/1/2005 | September 2004 | TX0006331314 |
| 1/1/2005 | October 2004 | TX0006331313 |
| 1/1/2005 | November 2004 | TX0006331316 |
| 1/1/2005 | December 2004 | TX0006331317 |
| 1/1/2006 | March 2005 | TX0006379280 |
| 1/1/2006 | April 2005 | TX0006379278 |
| 1/1/2006 | November 2005 | TX0006379276 |
| 1/1/2006 | December 2005 | TX0006379274 |
| 1/1/2006 | January 2005 | TX0006353963 |
| 1/1/2006 | February 2005 | TX0006353964 |
| 1/1/2006 | May 2005 | TX0006353965 |
| 1/1/2006 | June 2005 | TX0006353966 |
| 1/1/2006 | July 2005 | TX0006353957 |
| 1/1/2006 | August 2005 | TX0006353958 |
| 1/1/2006 | September 2005 | TX0006353960 |
| 1/1/2006 | October 2005 | TX0006353961 |
| 1/1/2006 | September 2006 | TX0006611918 |
| 1/1/2006 | October 2006 | TX0006611917 |
| 1/1/2006 | November 2006 | TX0006614491 |
| 1/1/2006 | December 2006 | TX0006611919 |

| | | |
|---|---|---|
| 1/1/2007 | January 2007 | TX0006630341 |
| 1/1/2007 | February 2007 | TX0006630340 |
| 1/1/2007 | March 2007 | TX0006630342 |
| 1/1/2007 | April 2007 | TX0006630343 |
| 1/1/2007 | May 2007 | TX0006660413 |
| 1/1/2007 | June 2007 | TX0006660414 |
| 1/1/2007 | July 2007 | TX0006660415 |
| 1/1/2007 | August 2007 | TX0006660416 |
| 1/1/2007 | September 2007 | TX0006660417 |
| 1/1/2007 | October 2007 | TX0006660418 |
| 1/1/2007 | November 2007 | TX0006660419 |
| 1/1/2007 | December 2007 | TX0006660420 |
| 1/1/2008 | January 2008 | TX0006665047 |
| 1/1/2008 | February 2008 | TX0006665048 |
| 1/1/2008 | March 2008 | TX0006665049 |
| 1/1/2008 | April 2008 | TX0006665050 |
| 1/1/2008 | May 2008 | TX0006665051 |
| 1/1/2008 | June 2008 | TX0006665052 |
| 1/1/2008 | July 2008 | TX0006665053 |
| 1/1/2008 | August 2008 | TX0006665054 |
| 1/1/2008 | September 2008 | TX0006770020 |
| 1/1/2008 | October 2008 | TX0006770021 |
| 1/1/2008 | November 2008 | TX0006770022 |
| 1/1/2008 | December 2008 | TX0006770027 |
| 1/1/2009 | January 2009 | TX0006770023 |
| 1/1/2009 | February 2009 | TX0006770024 |
| 1/1/2009 | March 2009 | TX0006770025 |
| 1/1/2009 | April 2009 | TX0006770026 |
| 1/1/2009 | May 2009 | TX0006704083 |
| 1/1/2009 | June 2009 | TX0006704084 |
| 1/1/2009 | July 2009 | TX0006704085 |
| 1/1/2009 | August 2009 | TX0006704086 |
| 1/1/2009 | September 2009 | TX0006704087 |
| 1/1/2009 | October 2009 | TX0006704088 |
| 1/1/2009 | November 2009 | TX0006704089 |
| 1/1/2009 | December 2009 | TX0006704090 |
| 1/1/2010 | January 2010 | TX0006704909 |
| 1/1/2010 | February 2010 | TX0006704951 |
| 1/1/2010 | March 2010 | TX0006704952 |
| 1/1/2010 | April 2010 | TX0006704953 |
| 1/1/2010 | May 2010 | TX0006778866 |

| 1/1/2010 | June 2010 | TX0006778867 |
|---|---|---|
| 1/1/2010 | July 2010 | TX0006778864 |
| 1/1/2010 | August 2010 | TX0006778860 |
| 1/1/2010 | September 2010 | TX0006778861 |
| 1/1/2010 | October 2010 | TX0006778862 |
| 1/1/2010 | November 2010 | TX0006778863 |
| 1/1/2010 | December 2010 | TX0006778865 |