# Exhibit F

**Publishers' C4 Token Count by Domain**

## AIM Media Indiana Operating, LLC

| Domain | C4 Tokens |
|---|---|
| www.therepublic.com | 710 |
| www.dailyjournal.net | 116 |
| www.tribtown.com | 23 |
| www.greenfieldreporter.com | 145 |
| www.bcdemocrat.com | 493 |
| TOTAL | 1,487 |

## AIM Media Midwest Operating, LLC

| Domain | C4 Tokens |
|---|---|
| https://www.wnewsj.com/ | 626,932 |
| https://www.timesgazette.com/ | 786,345 |
| https://www.recordherald.com/ | 1,152,099 |
| https://www.xeniagazette.com/ | 445,984 |
| https://www.fairborndailyherald.com/ | 685,963 |
| https://www.urbanacitizen.com/ | 623,127 |
| https://www.dailyadvocate.com/ | 868,423 |
| https://www.registerherald.com/ | 576,121 |
| https://www.sidneydailynews.com/ | 711,752 |
| https://www.limaohio.com/ | 1,396,833 |
| https://www.morrowcountysentinel.com/ | 698,200 |
| https://www.galioninquirer.com/ | 1,991,629 |
| https://www.delgazette.com/ | 4,382,757 |
| beavercreeknewscurrent.com | 171,137 |
| northwestsignal.net | 2,260 |
| TOTAL | 15,119,562 |

## AIM Media Texas Operating, LLC

| Domain | C4 Tokens |
|---|---|
| www.raymondville-chronicle.com | 74,084 |
| www.oaoa.com | 49,303 |
| https://rgvsports.com | 79 |
| TOTAL | 123,466 |

**AmNews Corp.**

| Domain | C4 Tokens |
|---|---|
| Amsterdamnews.com | 653,629 |
| **TOTAL** | **653,629** |

**Arkansas Democrat-Gazette, Inc.**

| Domain | C4 Tokens |
|---|---|
| www.arkansasonline.com | 2,096,772 |
| **TOTAL** | **2,096,772** |

**CherryRoad Media Inc.**

| Domain | C4 Tokens |
|---|---|
| alicetx.com | 203,252 |
| ardmoreite.com | 412,873 |
| areawidenews.com | 203,951 |
| arenacindependent.com | 49,428 |
| atchisonglobenow.com | 8,294 |
| bcdemocratonline.com | 49,574 |
| beardstownnewspapers.com | 227,226 |
| boonvilledailynews.com | 71,651 |
| brownwoodtx.com | 515,472 |
| butlercountytimesgazette.com | 81,294 |
| cctimesdemocrat.com | 163,959 |
| chillicothenews.com | 53,339 |
| chronicle-express.com | 107,549 |
| cooknewsherald.com | 4,272 |
| dailychiefunion.com | 18,882 |
| delphosherald.com | 39,028 |
| dodgeglobe.com | 548,198 |
| examiner.net | 2,161,248 |
| firesideguard.com | 16,502 |
| gctelegram.com | 2,151,864 |
| granitefallsnews.com | 93,283 |
| hamburgreporter.com | 46,311 |
| hdnews.net | 1,978,936 |
| heralddemocrat.com | 313,611 |
| hermannadvertisercourier.com | 30,668 |
| journaldemocrat.com | 30,730 |
| kentontimes.com | 22,648 |
| lajuntatribunedemocrat.com | 200,346 |

| | |
|---|---|
| leavenworthtimes.com | 156,152 |
| lincolncountyjournal.com | 86,385 |
| linncountyleader.com | 68,130 |
| marshallnews.com | 195,192 |
| mcbeacon.com | 40,209 |
| mccallstarnews.com | 3,012 |
| mcphersonsentinel.com | 110,218 |
| midlothianmirror.com | 61,448 |
| millburysutton.com | 597,815 |
| montenews.com | 280,391 |
| mycnews.com | 16,838 |
| mycouriertribune.com | 1,192 |
| ncnewspress.com | 99,291 |
| news-star.com | 790,553 |
| ogemawherald.com | 80,701 |
| oscodaherald.com | 36,312 |
| ottawaherald.com | 198,367 |
| progressnewspaper.org | 67,468 |
| putnamsentinel.com | 30,641 |
| redwoodfallsgazette.com | 131,547 |
| republic-online.com | 49 |
| runnelscountyregister.com | 10,676 |
| sleepyeyenews.com | 169,941 |
| starheraldnews.com | 59,194 |
| stjamesnews.com | 52,012 |
| thechronicle-news.com | 369 |
| thegraftonnews.com | 118,787 |
| thekansan.com | 102,190 |
| thelandmark.com | 206,143 |
| timesbulletin.com | 54,526 |
| vandalialeader.com | 62,328 |
| waxahachietx.com | 165,229 |
| wellingtondailynews.com | 79,312 |
| yourglenrosetx.com | 829,084 |
| yourstephenvilletx.com | 436,760 |
| steubencourier.com | 51,651 |
| wellsvilledaily.com | 145,571 |
| prosperpressnews.com | 45,474 |
| gardnernews.com | 86,468 |
| columbusmessenger.com | 322,567 |
| **TOTAL** | **15,854,582** |

### Community Impact Newspaper Co.

| Domain | C4 Tokens |
|---|---|
| www.communityimpact.com | 1,306,989 |
| **TOTAL** | **1,306,989** |

### Concord Publishing House, Inc.

| Domain | C4 Tokens |
|---|---|
| www.semissourian.com | 1,665,833 |
| www.magnoliabannernews.com | 65,638 |
| www.dddnews.com | 40,891 |
| www.neatowncourier.com | 155,053 |
| www.osceolatimes.com | 334 |
| www.darnews.com | 14,754 |
| www.theprospectnews.com | 1,433 |
| www.dexterstatesman.com | 32,811 |
| **TOTAL** | **1,976,747** |

### D-R Media and Investments LLC

| Domain | C4 Tokens |
|---|---|
| clermontnewsleader.com | 45,707 |
| fourcornersnewsleader.com | 25,302 |
| sumtercountyshopper.com | 55,549 |
| sunevents.com | 12,118 |
| trianglenewsleader.com | 11,488 |
| **TOTAL** | **150,164** |

### D.A. Publishing, LC

| Domain | C4 Tokens |
|---|---|
| www.standard-democrat.com | 194,866 |
| **TOTAL** | **194,866** |

### Eagle Urban Media LLC

| Domain | C4 Tokens |
|---|---|
| Brooklyneagle.com | 928,775 |
| Brooklynreporter.com | 252,766 |
| Brooklyndiscovery.com | 94,150 |
| **TOTAL** | **1,275,691** |

**El Crepusculo Inc.**

| Domain | C4 Tokens |
|---|---|
| discovertaos.com | 21,692 |
| sangrechronicle.com | 98,916 |
| taosnews.com | 90,871 |
| **TOTAL** | **211,479** |

**H.S. Gere & Sons, Inc.**

| Domain | C4 Tokens |
|---|---|
| www.amherstbulletin.com | 84,779 |
| www.gazettenet.com | 729,716 |
| www.valleyadvocate.com | 393,392 |
| **TOTAL** | **1,207,887** |

**Iowa Information Inc.**

| Domain | C4 Tokens |
|---|---|
| Beeherald.com | 189,300 |
| Carrollspaper.com | 84,844 |
| lemarssentinel.com | 25,788 |
| **TOTAL** | **299,932** |

**Lakeway Publishers, Inc.**

| Domain | C4 Tokens |
|---|---|
| www.campchase.com | 37,334 |
| www.citizenscompanion.com | 22,998 |
| www.citizentribune.com | 102,101 |
| www.elkvalleytimes.com | 124,436 |
| www.grundycountyherald.com | 152,779 |
| www.heraldchronicle.com | 73 |
| www.manchestertimes.com | 124,765 |
| www.northernnecknews.com | 88,967 |
| www.northumberlandecho.com | 53,544 |
| www.thecentralvirginian.com | 92,876 |
| www.themoorecountynews.com | 125,060 |
| www.tullahomanews.com | 231,055 |
| www.westmorelandnews.net | 143,455 |
| **TOTAL** | **1,299,443** |

**Newspapers of Massachusetts, Inc.**

| Domain | C4 Tokens |
|---|---|
| www.atholdailynews.com | 98,272 |
| www.recorder.com | 638,522 |
| **TOTAL** | **736,794** |

**Newspapers of New Hampshire, Inc.**

| Domain | C4 Tokens |
|---|---|
| www.concordmonitor.com | 953,618 |
| www.ledgertranscript.com | 252,733 |
| www.vnews.com | 1,139,849 |
| **TOTAL** | **2,346,200** |

**North Country This Week Inc.**

| Domain | C4 Tokens |
|---|---|
| www.northcountrynow.com | 507,630 |
| **TOTAL** | **507,630** |

**Patchogue Advance, Inc.**

| Domain | C4 Tokens |
|---|---|
| islipbulletin.net | 58,424 |
| longislandadvance.net | 82,379 |
| suffolkcountynews.net | 50,895 |
| trihamletnews.com | 38,659 |
| **TOTAL** | **230,357** |

**Richner Communications Inc.**

| Domain | C4 Tokens |
|---|---|
| https://www.liherald.com/ | 1,838,795 |
| https://www.riverdalepress.com/ | 415,382 |
| https://www.thejewishstar.com/ | 709,013 |
| **TOTAL** | **2,963,190** |

**Rust Publishing ID, LC**

| Domain | C4 Tokens |
|---|---|
| www.mountainhomenews.com | 75,875 |
| **TOTAL** | **75,875** |

### Rust Publishing MOKS, LC

| Domain | C4 Tokens |
|---|---|
| www.nevadadailymail.com | 119,081 |
| www.fstribune.com | 42,193 |
| **TOTAL** | **161,274** |

### Rust Publishing NE, LC

| Domain | C4 Tokens |
|---|---|
| www.mccookgazette.com | 677,230 |
| **TOTAL** | **677,230** |

### Rye Media Partners LLC

| Domain | C4 Tokens |
|---|---|
| ryerecord.com | 118,855 |
| **TOTAL** | **118,855** |

### Shaw Family Holdings, Inc.

| Domain | C4 Tokens |
|---|---|
| www.mccookgazette.com | 677,230 |
| www.mountainhomenews.com | 75,875 |
| https://www.agrinews-pubs.com/ | 16,318 |
| **TOTAL** | **16,318** |

### Sante Fe New Mexican

| Domain | C4 Tokens |
|---|---|
| enewmexican.com | 334 |
| **TOTAL** | **334** |

### Sentinel Media, Co.

| Domain | C4 Tokens |
|---|---|
| romesentinel.com | 246,823 |
| **TOTAL** | **246,823** |

**Straus Media-Manhattan, LLC**

| Domain | C4 Tokens |
|---|---|
| https://www.ourtownny.com/ | 113,413 |
| https://www.otdowntown.com/ | 85,583 |
| https://www.westsidespirit.com/ | 89,961 |
| https://www.chelseanewsny.com/ | 72,132 |
| https://route94.com/ | 10,631 |
| https://nycnow.com/ | 7,126 |
| **TOTAL** | **378,846** |

**Straus Newspapers, Inc.**

| Domain | C4 Tokens |
|---|---|
| https://www.advertisernewsnorth.com/ | 88,157 |
| https://www.advertisernewssouth.com/ | 99,436 |
| https://www.chroniclenewspaper.com/ | 93,404 |
| https://www.pikecountycourier.com/ | 132,255 |
| https://www.thephoto-news.com/ | 144,891 |
| https://www.spartaindependent.com/ | 166,469 |
| https://www.townshipjournal.com/ | 139,168 |
| https://www.warwickadvertiser.com/ | 101,200 |
| https://www.westmilfordmessenger.com/ | 68,633 |
| https://www.dirt-mag.com/ | 171,201 |
| **TOTAL** | **1,204,814** |

**The Ogden Newspapers, Inc.**

| Domain | C4 Tokens |
|---|---|
| www.advertiser-tribune.com | 1,173,868 |
| www.altoonamirror.com | 1,720,472 |
| www.aspentimes.com | 4,992,766 |
| www.captivasanibel.com | 184,114 |
| www.craigdailypress.com | 2,052,377 |
| www.dailypress.net | 328,678 |
| www.dominionpost.com | 747,703 |
| www.fairmontsentinel.com | 264,961 |
| www.faribaultcountyregister.com | 146,431 |
| www.fortmyersbeachtalk.com | 77,434 |
| www.fortwayne.com | 283,393 |
| www.fredericknewspost.com | 149,999 |
| www.freemanjournal.net | 401,624 |

| | |
|---|---|
| www.grafwv.com | 45,289 |
| www.heraldextra.com | 117,357 |
| www.heraldstandard.com | 75,849 |
| www.heraldstaronline.com | 299,225 |
| www.ironmountaindailynews.com | 624,159 |
| www.journal-news.net | 247,444 |
| www.journalgazette.net | 1,269,034 |
| www.kpcnews.com | 2,209 |
| www.lehighacrescitizen.com | 212,434 |
| www.lewistownsentinel.com | 578,646 |
| www.ljworld.com | 2,384,701 |
| www.lockhaven.com | 505,483 |
| www.loudountimes.com | 508 |
| www.mariettatimes.com | 756,009 |
| www.marshallindependent.com | 339,016 |
| www.messengernews.net | 899,045 |
| www.mininggazette.com | 652,975 |
| www.miningjournal.net | 1,180,834 |
| www.minotdailynews.com | 799,309 |
| www.morningjournalnews.com | 152,465 |
| www.muncyluminary.com | 152,631 |
| www.nashuatelegraph.com | 675,014 |
| www.newsandsentinel.com | 934,917 |
| www.northfortmyersneighbor.com | 172,490 |
| www.norwalkreflector.com | 1,855,144 |
| www.nujournal.com | 660,770 |
| www.nvdaily.com | 223,491 |
| www.observer-reporter.com | 10,740 |
| www.observertoday.com | 829,049 |
| www.ogdennews.com | 1,809 |
| www.parkrecord.com | 2,265,006 |
| www.pineisland-eagle.com | 186,423 |
| www.post-journal.com | 1,583,609 |
| www.postindependent.com | 2,876,740 |
| www.reviewonline.com | 283,682 |
| www.reviewtimes.com | 144 |
| www.salemnews.net | 365,859 |
| www.sanduskyregister.com | 2,883 |
| www.shepherdstownchronicle.com | 156,858 |
| www.sierrasun.com | 2,768,783 |
| www.skyhinews.com | 418,792 |

| | |
|---|---|
| www.standard.net | 1,611,875 |
| www.steamboatpilot.com | 616,164 |
| www.summitdaily.com | 5,662,711 |
| www.sungazette.com | 1,118,724 |
| www.tahoedailytribune.com | 818,161 |
| www.tamatoledonews.com | 150,704 |
| www.thealmanac.net | 8,645 |
| www.thealpenanews.com | 405,042 |
| www.thecourier.com | 1,651,546 |
| www.theintelligencer.net | 896,177 |
| www.theintermountain.com | 443,312 |
| www.thepiercecountytribune.com | 320,770 |
| www.timesleaderonline.com | 219,925 |
| www.timesobserver.com | 605,687 |
| www.timesrepublican.com | 855,826 |
| www.tonganoxiemirror.com | 236,768 |
| www.tribtoday.com | 704,702 |
| www.tylerstarnews.com | 135,251 |
| www.vaildaily.com | 4,374,926 |
| www.vindy.com | 3,951,284 |
| www.weirtondailytimes.com | 801,755 |
| www.wetzelchronicle.com | 111,092 |
| www.farm-news.com | 191,629 |
| www.thefencepost.com | 2,051,001 |
| www.tsln.com | 3,004,826 |
| **TOTAL** | **71,039,148** |

## WEHCO Newspapers Inc.

| Domain | C4 Tokens |
|---|---|
| bvwv.nwaonline.com | 112,491 |
| hl.nwaonline.com | 95,840 |
| mdcp.nwaonline.com | 115,199 |
| wcel.nwaonline.com | 10,549 |
| www.camdenarknews.com | 122,308 |
| www.eagleobserver.com | 50,025 |
| www.eldoradonews.com | 212,962 |
| www.hotsr.com | 295,800 |
| www.magnoliabannernews.com | 65,638 |
| www.nwaonline.com | 1,287,187 |
| www.texarkanagazette.com | 367,243 |
| www.timesfreepress.com | 3,087,767 |

| | |
|---|---|
| www.wholehogsports.com | 523,211 |
| **TOTAL** | **6,346,220** |

## White Mountain Publishing LLC

| Domain | C4 Tokens |
|---|---|
| paysonroundup.com | 2,827 |
| **TOTAL** | **2,827** |

## Wick Communications

| Domain | C4 Tokens |
|---|---|
| paysonroundup.com | 2,827 |
| www.wenatcheeworld.com | 2,427 |
| www.qvpr.com | 4,809 |
| azdailysun.com | 228,877 |
| www.gvnews.com | 739 |
| www.nogalesinternational.com | 3,115 |
| www.myheraldreview.com | 10,915 |
| www.eacourier.com | 639 |
| dailyterritorial.com | 1,400 |
| ncwlife.com | 136,562 |
| **TOTAL** | **389,483** |