# Exhibit G

**CMI Stripping - Example 1A**: RCI article roughly as it appears on www.liherald.com.

# Designing Lawrence village's flood mitigation project

Posted February 21, 2019



Nassau County Deputy Planning Commissioner Sean Sallie introduced the Lawrence drainage improvement project at the village board meeting on Feb. 14.
JEFFREY BESSEN/HERALD

By Jeff Bessen

An $8.776 million drainage improvement project for the Village of Lawrence is expected to have a shovel hitting dirt in the summer of 2020, according to Nassau County officials and the engineers from the firm LKMA.

The Brookhaven hamlet-based engineering firm is designing what will be done in an effort to reduce flooding in the 287-acre watershed area that extends from the Lawrence Long Island Rail Road station to Bannister Bay.

County Deputy Planning Commissioner Sean Sallie, LKMA Senior Project Director Gilbert Anderson and LKMA designer Bob Steele discussed the proposed project at the village board meeting at the Lawrence Yacht & Country Club on Feb. 14.



**State Farm**

**Savings and service with a smile**

Nicole Eliopoulos Ins Agcy Inc
Bus: 516-825-0030

Get a quote

Specific streets in Lawrence village are well known for flooding during rainstorms and the homes on those are severely impacted after heavy rains and hurricanes. Barrett and Marbridge roads, Harrison and North streets and Meadow Lane were highlighted in the Five Towns Drainage study that was conducted nearly four years ago.

"In the drainage study, we identified high priority flood projects," Sallie said. In addition, those streets were surveyed during a rainstorm on Jan. 24 and during high tide the following day. Photographs illustrated the extent of flooding on both days. Collecting survey data began in November 2018.

Anderson said that through the 20th century — the 1920s, the 1940s and the 1960s especially — the most development occurred in that Lawrence watershed, literally placing more pressure on the existing system. "As the area has developed the system was more and more hard-pressed to transport the water," he said.

By installing a 60-inch pipe, a series of new pipes and constructing a box culvert — a large rectangular pipe — to run parallel with the new large pipe, the goal is to increase the water storage collection points — catch basins — and the speed of water drainage.

"We are going to design the system for the highest intensity rainfall we can," Steele said, adding that the design could include the "best place for tidal gates," in response to a question from a village resident. "We are looking to have enough opening to capture the water coming down."

The work, which is in the design phase, is expected to begin on Meadow Lane, south of Broadway, and stretch to the end of Causeway, south of Rock Hall Road, by the Lawrence Yacht & Country Club, officials said. The design phase is anticipated to be completed by November. "We choose one [plan] that would have the most cost benefit," Anderson said.

When the work does start, it will involve pulling up manhole covers, ripping up the roadways and, according to Anderson, it will be "intrusive" but they plan on being "in and out as soon as possible."

The process is design, fabrication and installation. The county, which is in charge of overseeing the project and money will bid out the project and select the lowest responsible contractor and the best-qualified company to do the work. "We will inspect the work," Anderson said.

Sallie said that cost overruns are the county's responsibility and a contract will be drawn up to dedicate the system to the village and which entity is responsibility for maintenance of the pipes.

© 2026, Richner Communications - 2 Endo Blvd - Garden City, NY - (516) 569-4000

Powered by Creative Circle Media Solutions

**CMI Stripping - Example 1B**: Contents of same RCI article as they appear in C4 database.

```
      "url": "http://liherald.com/fivetowns/stories/liherald.com/fivetowns/stories/designing-lawrence-
villages-flood-mitigation-project,111974",
      "timestamp": "2019-04-20 12:51:44",
      "text": "Nassau County Deputy Planning Commissioner Sean Sallie introduced the Lawrence drainage
improvement project at the village board meeting on Feb. 14.\nAn $8.776 million drainage improvement project
for the Village of Lawrence is expected to have a shovel hitting dirt in the summer of 2020, according to
Nassau County officials and the engineers from the firm LKMA.\nThe Brookhaven hamlet-based engineering firm is
designing what will be done in an effort to reduce flooding in the 287-acre watershed area that extends from
the Lawrence Long Island Rail Road station to Bannister Bay.\nCounty Deputy Planning Commissioner Sean Sallie,
LKMA Senior Project Director Gilbert Anderson and LKMA designer Bob Steele discussed the proposed project at
the village board meeting at the Lawrence Yacht & Country Club on Feb. 14.\nSpecific streets in Lawrence
village are well known for flooding during rainstorms and the homes on those are severely impacted after heavy
rains and hurricanes. Barrett and Marbridge roads, Harrison and North streets and Meadow Lane were highlighted
in the Five Towns Drainage study that was conducted nearly four years ago.\n"In the drainage study, we
identified high priority flood projects," Sallie said. In addition, those streets were surveyed during a
rainstorm on Jan. 24 and during high tide the following day. Photographs illustrated the extent of flooding on
both days. Collecting survey data began in November 2018.\nAnderson said that through the 20th century — the
1920s, the 1940s and the 1960s especially — the most development occurred in that Lawrence watershed,
literally placing more pressure on the existing system. "As the area has developed the system was more and
more hard-pressed to transport the water," he said.\nBy installing a 60-inch pipe, a series of new pipes and
constructing a box culvert — a large rectangular pipe — to run parallel with the new large pipe, the goal is
to increase the water storage collection points — catch basins — and the speed of water drainage.\nThe work,
which is in the design phase, is expected to begin on Meadow Lane, south of Broadway, and stretch to the end
of Causeway, south of Rock Hall Road, by the Lawrence Yacht & Country Club, officials said. The design phase
is anticipated to be completed by November. "We choose one [plan] that would have the most cost benefit,"
Anderson said.\nThe process is design, fabrication and installation. The county, which is in charge of
overseeing the project and money will bid out the project and select the lowest responsible contractor and the
best-qualified company to do the work. "We will inspect the work," Anderson said.\nSallie said that cost
overruns are the county's responsibility and a contract will be drawn up to dedicate the system to the village
and which entity is responsibility for maintenance of the pipes.",
      "record number": 366255
```

**CMI Stripping - Example 2A**: Arkansas Democrat-Gazette, Inc. article roughly as it appears on www.arkansasonline.com behind website's paywall.

# $3M boost urged for ag work; UA division ends each year needing funds, lawmaker says

October 31, 2018 by Michael R. Wickline



💬 0 Comments

ⓘ 🎁 Gift Article

State lawmakers on Tuesday recommended giving the University of Arkansas Agriculture Division $3 million more in state funds in each of the next two fiscal years.

The Joint Budget Committee and Legislative Council approved a motion by state Rep. De Ann Vaught, R-Horatio, to recommend increasing the division's spending authority and state funding by $3 million in fiscal 2020, starting next

by the Legislature and Gov. Asa Hutchinson during the fiscal session earlier this year.

"They are always $3 million short for the last eight years and I was just thinking we could do it at the front end instead of the back end," Vaught said. The Legislature will approve the state's general revenue budget for fiscal 2020 in the regular session starting Jan. 14. The fiscal 2021 general revenue budget will be approved in the 2020 fiscal session.

In 2015, the Legislative Council signed off on Hutchinson's request to provide $3 million in one-time rainy-day funds to the Division of Agriculture for personnel and operating expenses.

In 2017, Attorney General Leslie Rutledge designated $2.5 million of her office's one-time lawsuit settlement funds for the division. These actions came after the Legislature declined in the 2015 and 2017 regular sessions to increase ongoing state funding for the division, despite then-House Speaker Jeremy Gillam, R-Judsonia, making a boost in funding for the division one of his top priorities for those sessions.

Tuesday's legislative budget hearing was on higher education institutions.

State Rep. Joe Jett, R-Success, asked Mark Cochran, vice president of agriculture for the UA Agriculture Division, to detail the division's budgetary

"We've been appreciative of the one-time money, but it is very difficult for us to have the type of quality programs we have with one-time funding, particularly since at least 80 percent to 90 percent of our funding is in people and we can't have quality programs without quality people," he said.

Jett asked Cochran whether he expects to ask the Legislature for one-time state funding again during the upcoming regular session.

Cochran replied, "Definitely. We are looking for about $3 million in the short run."

Jett asked Cochran whether a $3 million increase in the division's state budget would last for eight years.

In response, Cochran said the division has maintained most of its programs despite having flat state funding since 2008, but it has about 20 percent fewer people.

Jett pressed Cochran, "How come we can't get the budget fixed on the front end, in your humble opinion?"

"We have a lot of people that express value for our programs, but we are not getting any prioritized categories" for increased state funding, Cochran said.

"But this last year, we had to cut out about $4 million out of the program's recurring costs," he said.

He added, "we had to make some tough decisions as to what it is we can continue to chew off."

Among other things, the division cut a cattle herd in southeast Arkansas, some extension programs, the number of graduate assistantships in the research program and support for programs such as Garvan Woodland Gardens, Cochran said.

Without an increase in revenue to meet recurring costs, the division could face a 3 percent to 5 percent budget cut, Cochran said. He said a $3 million increase in state funding would help cover inflation and allow the division to enhance its programs in areas such as herbicide resistance, alternatives to antibiotics for the poultry and feed industries, a health nutrition program, water conservation and youth programs.

*Metro on 10/31/2018*

Contact Us | Subscribe | Advertise With Us | Donate | About Us | Ethics Policy | Terms of Use | Privacy Preferences

Copyright © 2026, Arkansas Democrat-Gazette, Inc.

All rights reserved.

This document may not be reprinted without the express written permission of Arkansas Democrat-Gazette, Inc.

**CMI-Stripping Example 2B**: Contents of same Arkansas Democrat-Gazette, Inc. article as they appear in C4 database.

```
     "url": "https://www.arkansasonline.com/news/2018/oct/31/3m-boost-urged-for-ag-work-20181031/",
     "timestamp": "2019-04-21 02:23:45",
     "text": "State lawmakers on Tuesday recommended giving the University of Arkansas Agriculture Division
$3 million more in state funds in each of the next two fiscal years.\nThe Joint Budget Committee and
Legislative Council approved a motion by state Rep. De Ann Vaught, R-Horatio, to recommend increasing the
division's spending authority and state funding by $3 million in fiscal 2020, starting next July 1, and again
in fiscal 2021.\nIn the current fiscal year, 2019, the division is projected to receive $62.8 million in
general revenue funding under the state's Revenue Stabilization Act enacted by the Legislature and Gov. Asa
Hutchinson during the fiscal session earlier this year.\n\"They are always $3 million short for the last eight
years and I was just thinking we could do it at the front end instead of the back end,\" Vaught said. The
Legislature will approve the state's general revenue budget for fiscal 2020 in the regular session starting
Jan. 14. The fiscal 2021 general revenue budget will be approved in the 2020 fiscal session.\nIn 2015, the
Legislative Council signed off on Hutchinson's request to provide $3 million in one-time rainy-day funds to
the Division of Agriculture for personnel and operating expenses.\nIn 2017, Attorney General Leslie Rutledge
designated $2.5 million of her office's one-time lawsuit settlement funds for the division. These actions came
after the Legislature declined in the 2015 and 2017 regular sessions to increase ongoing state funding for the
division, despite then-House Speaker Jeremy Gillam, R-Judsonia, making a boost in funding for the division one
of his top priorities for those sessions.\nTuesday's legislative budget hearing was on higher education
institutions.\nState Rep. Joe Jett, R-Success, asked Mark Cochran, vice president of agriculture for the UA
Agriculture Division, to detail the division's budgetary plight. Jett noted that lawmakers have tried to shore
up the division with one-time funds over the past several years.\nCochran said state funding for the division
has been basically flat since 2008, and the division is a partnership among the state, federal and county
governments.\n\"We've been appreciative of the one-time money, but it is very difficult for us to have the
type of quality programs we have with one-time funding, particularly since at least 80 percent to 90 percent
of our funding is in people and we can't have quality programs without quality people,\" he said.\nJett asked
Cochran whether he expects to ask the Legislature for one-time state funding again during the upcoming regular
session.\nCochran replied, \"Definitely. We are looking for about $3 million in the short run.\"\nJett asked
Cochran whether a $3 million increase in the division's state budget would last for eight years.\nIn response,
Cochran said the division has maintained most of its programs despite having flat state funding since 2008,
but it has about 20 percent fewer people.\nJett pressed Cochran, \"How come we can't get the budget fixed on
the front end, in your humble opinion?\"\n\"We have a lot of people that express value for our programs, but
we are not getting any prioritized categories\" for increased state funding, Cochran said.\n\"As a non-formula
funding entity, we were not part of the performance-based funding [system for the two and four-year colleges].
It's a source of frustration,\" he said. \"We service the largest industry in the state, and particularly in
the row crop areas, it's been a tough year.\"\nCochran said he's been able to continue most of the division's
programs with flat state funding by increasing the division's \"alternative funding\" and through increased
efficiency.\n\"But this last year, we had to cut out about $4 million out of the program's recurring costs,\"
he said.\nHe added, \"we had to make some tough decisions as to what it is we can continue to chew off.
\"\nAmong other things, the division cut a cattle herd in southeast Arkansas, some extension programs, the
number of graduate assistantships in the research program and support for programs such as Garvan Woodland
Gardens, Cochran said.\nWithout an increase in revenue to meet recurring costs, the division could face a 3
percent to 5 percent budget cut, Cochran said. He said a $3 million increase in state funding would help cover
inflation and allow the division to enhance its programs in areas such as herbicide resistance, alternatives
to antibiotics for the poultry and feed industries, a health nutrition program, water conservation and youth
programs.",
     "record_number": 459067
```