AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| RICHNER COMMUNICATIONS, INC., et al <br> *Plaintiff* <br> v. <br> MICROSOFT CORPORATION,  et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.    1:26-cv-05320

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                            .

Date:       06/24/2026                                    /s/ Matthew Platkin
                                                                              *Attorney's signature*

                                                                      Matthew Platkin MP0621
                                                                      *Printed name and bar number*

                                                                      413 Washington Ave
                                                                      Unit 174
                                                                      Belleville, NJ 07109

                                                                              *Address*

                                                                      mplatkin@platkinllp.com
                                                                              *E-mail address*

                                                                      (973) 561-1951
                                                                      *Telephone number*

                                                                              *FAX number*