# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| RICHNER COMMUNICATIONS, INC., et al | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26-cv-05320 |
| MICROSOFT CORPORATION,  et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                                                                .

Date:      06/24/2026                                        /s/ Ravi Ramanathan
                                                                              *Attorney's signature*

                                                              Ravi Ramanathan  RR4590
                                                                        *Printed name and bar number*

                                                                            413 Washington Ave
                                                                                   Unit 174
                                                                          Belleville, NJ 07109

                                                                                    *Address*

                                                                rramanathan@platkinllp.com
                                                                              *E-mail address*

                                                                            (973) 561-1953
                                                                            *Telephone number*

                                                                              *FAX number*